# In The Matter Of:

*TOMMY ROBISON vs.*

*GREEN TREE SERVICING, LLC*

---

*MELISSA ANN WAXLER*

*April 2, 2014*

---

*Bistany Reporting Service*

*100 North LaSalle Street*

*Suite 1600*

*Chicago, Illinois 60602*

*e-mail: info@bistanyreporting.com*

Original File Waxler_040214_final.txt

**Min-U-Script® with Word Index**

---

**Page 1**

```
 1            IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
 2                    EASTERN DIVISION

 3
    TOMMY ROBISON,                )
 4                                )
              Plaintiff,          ) Case No. 13-06717
 5                                )
         vs.                      ) Judge Charles R.
 6                                ) Norgle, Sr.
    GREEN TREE SERVICING, LLC,    ) Magistrate Judge
 7                                ) Daniel G. Martin
              Defendant.          )
 8

 9

10

11

12

13          The deposition of MELISSA ANN WAXLER,

14   called by the Defendant for examination, pursuant to

15   notice and subpoena and pursuant to the Rules of

16   Civil Procedure for the United States District

17   Courts, taken before Suzanne Thalji, CSR and Notary

18   Public in and for the County of Cook and State of

19   Illinois, on April 2, 2014, at 9:22 a.m., at

20   150 North Michigan Avenue, Suite 2130, Chicago,

21   Illinois.

22

23

24
```

---

**Page 2**

```
 1        APPEARANCES:

 2        SULAIMAN LAW GROUP, LTD.
          BY MR. MOHAMMED O. BADWAN
 3        900 Jorie Boulevard, Suite 150
          Oak Brook, Illinois  60525
 4        (630) 575-8181
          mbadwan@sulaimanlaw.com
 5
                on behalf of the Plaintiff;
 6

 7        ADDUCCI DORF LEHNER
          MITCHELL & BLANKENSHIP, PC
 8        BY MR. MARSHALL L. BLANKENSHIP
          150 North Michigan Avenue, Suite 2130
 9        Chicago, Illinois  60601
          (312) 781-2800
10        mblankenship@adlmb.com

11              on behalf of the Defendant.

12

13

14

15

16

17

18

19

20

21

22

23

24
```

---

**Page 3**

```
 1                      I N D E X

 2   WITNESS

 3        MELISSA ANN WAXLER

 4   EXAMINED BY                               PAGE

 5     MR. BLANKENSHIP                         4, 80

 6     MR. BADWAN                              60

 7

 8                      EXHIBITS

 9   ROBISON EXHIBITS                          PAGE

10     Exhibit 7                              29

11   PREVIOUSLY MARKED                FIRST REFERENCE
                                        IN TRANSCRIPT
12     Exhibit 1                             11

13     Exhibits 2, 3, 4, and 5               14

14

15

16

17

18

19

20

21

22

23

24
```

---

**Page 4**

1 　　　　MELISSA ANN WAXLER,

2 having been first duly sworn, was examined and

3 testified as follows:

4 　　　　DIRECT EXAMINATION

5 BY MR. BLANKENSHIP:

6 　　Q　Will you state your full name, please?

7 　　A　Sure.  Melissa Ann Waxler.

8 　　　　MR. BLANKENSHIP: Let the record reflect

9 that this is the deposition of Melissa Ann Waxler,

10 taken pursuant to subpoena and notice and agreement

11 of the parties.

12 　　Q　Ms. Waxler, my name is Marshall

13 Blankenship.  I represent Green Tree.  Your name has

14 been mentioned in Tommy Robison's lawsuit against

15 Green Tree as someone who has knowledge of facts

16 supporting his claim.  So that's why you are being

17 deposed.  I am going to be asking you about that

18 today.

19 　　A　Okay.

20 　　Q　If you don't understand a question, let me

21 know, and I will try to rephrase it for you.

22 　　A　Okay.

23 　　Q　You have to answer out loud so the court

24 reporter can get your answers down, and we can't

TOMMY ROBISON vs.
GREEN TREE SERVICING, LLC

MELISSA ANN WAXLER
April 2, 2014

Page 5

1 talk at the same time, so I will try to wait for you
2 to finish before I ask and you try to wait for me to
3 finish before you answer, okay?
4   A  Okay.
5   Q  And if you need to take a break, let me
6 know.
7   A  Okay.
8   Q  Are you represented today by counsel?
9   A  No.
10   Q  Okay.  I just have to ask if Mr. Badwan was
11 representing you or not.
12   A  No.
13     MR. BADWAN: In this matter.
14     MR. BLANKENSHIP: Yes, in this matter.
15   A  No.
16   Q  Okay, fine.  What is your address?
17   A  684 Catalpa Lane, C-a-t-a-l-p-a, Lane in
18 Bartlett, Illinois 60103.
19   Q  Okay.  And what is your birth date?
20   A  2/13/1984.
21   Q  Are you married?
22   A  No, I am not.
23   Q  Have you ever been married?
24   A  Yes, I have.

Page 6

1   Q  And when were you married?
2   A  Eight years ago -- I don't know exact date
3 of the divorce.  About eight years ago.
4   Q  Is when you were divorced about eight years
5 ago?
6   A  Yes.
7   Q  How long had you been married?
8   A  I think it was about two years.
9   Q  Do you have any children?
10   A  I do.
11   Q  How many?
12   A  Two.
13   Q  What are their ages?
14   A  I have a girl, and she is seven years old,
15 and I have a boy who is three years old.
16   Q  What is your highest level of education?
17   A  Beyond Master's.
18   Q  Beyond a Master's?
19   A  Yes.
20   Q  What is your Master's in?
21   A  I have a Master's of education with a focus
22 in technology, and I have a Master's in educational
23 leadership.
24   Q  And when did you receive each of those?

Page 7

1   A  I want to say like '06 and '08.  They were
2 one right after the other.
3   Q  And from where did you receive them?
4   A  The first one was from American
5 Intercontinental University, and the second one is
6 from Concordia University.
7   Q  And where did you go to undergrad?
8   A  Elgin Community College and then Northern
9 Illinois University.
10   Q  And you received a degree from Northern?
11   A  Yes.
12   Q  And what was that?
13   A  I think it's in -- the title is funny, but
14 it's basically special education.
15   Q  And when did you receive that degree?
16   A  I think it was December of '04.
17   Q  Okay.  Are you presently employed?
18   A  Yes, I am.
19   Q  By whom?
20   A  School District U-46 as well as Concordia
21 University.
22   Q  And what are you employed as?
23   A  At U-46 my title is private placement
24 specialist, and at Concordia I am an adjunct

Page 8

1 professor.
2   Q  What is a private placement specialist?
3   A  I service -- the main portion of my job is
4 I service all of the students within our school
5 district that cannot be serviced within the public
6 school system or our alternative high school
7 setting, our public day setting.  So they have
8 significant needs.
9   Q  A tough job.  And what do you teach at
10 Concordia?
11   A  I teach special education classes.
12   Q  And have you been employed in the education
13 field since graduating from Northern?
14   A  Yes, since the month after.
15   Q  How long have you lived at Catalpa?
16   A  About -- I think in July it will be about
17 ten years.
18   Q  So approximately July 2004?
19   A  No, no, no, no, because it was -- it was
20 around -- it probably was around when I got married.
21 No.  More -- it has to be between eight and nine.
22   Q  So 2005, 2006?
23   A  Yeah, somewhere around there.
24   Q  And does anyone live with you presently at

TOMMY ROBISON vs.
GREEN TREE SERVICING, LLC

MELISSA ANN WAXLER
April 2, 2014

Page 9

1 Catalpa?
2    A  Yes.
3    Q  Who?
4    A  My son and my daughter and Tommy Robison.
5    Q  How long has Tommy Robison lived with you
6 at Catalpa full time?
7    A  That I don't know.  At least three years,
8 two to three.
9    Q  Was there a point where he was spending
10 time at Catalpa but not --
11   A  Right.
12   Q  -- fully living there?
13   A  Right.  It wasn't his main residence.  I
14 mean he would come over and he'd spend time there,
15 but it wasn't where he was living.
16   Q  And then it became his main residence two
17 or three years ago?
18   A  Right, right, after he had to finally leave
19 the house.
20   Q  After he left the house?
21   A  Yeah.  It was around that time.
22   Q  And did he move furniture in to Catalpa?
23   A  I think a couch.
24   Q  That's all?

Page 10

1    A  Honestly, and I think it was sold pretty
2 quick after so -- but that was about it.
3    Q  Okay.  Did you ever live at 61 South
4 Clifton Avenue?
5    A  No.
6    Q  Did you do anything to prepare for this
7 deposition?
8    A  There were things that said bring papers or
9 any records or whatever that we had -- or that I
10 had, and this was pretty much just what we had in
11 the house that may pertain to it.  I -- there -- I
12 mean -- that's the address and the stuff --
13   Q  So you did bring records in response to the
14 subpoena?
15   A  There are some, yeah.  I don't think it's
16 everything -- I don't know what Tommy has versus --
17 but this is what I had put away, you know, in the
18 house.
19   Q  Can I see what you brought?
20   A  Sure, sure.
21   Q  Can I just take a minute and run some
22 copies of this?
23   A  Sure.  I don't know -- there's more in
24 here.  Those items I don't -- I don't know where the

Page 11

1 cutoff went because I know when we were trying to do
2 the modification, it was with both companies, and so
3 I believe that those items were submitted to both
4 because even though Green Tree ended up being the
5 primary, at the start of everything back in 2010 or
6 '09, it was secondary, but they were submitted --
7    MR. BLANKENSHIP: Okay.  I will have
8 someone run a couple copies of this.
9    THE WITNESS: Sure.
10   (Discussion off the record.)
11 BY MR. BLANKENSHIP:
12   Q  Did you speak to anyone in preparation for
13 the deposition?
14   A  No.
15   Q  Did you speak to Mr. Badwan?
16   A  No.
17   Q  All right.  Let me show you what we marked
18 previously as Robison Exhibit 1.  Have you seen that
19 before?
20   A  Possibly.
21   Q  You don't recall?
22   A  I can't recall because -- I mean it looks
23 like some of the other things I just gave you so --
24   Q  Do you know if you reviewed a copy of

Page 12

1 Tommy's complaint before it was filed in court?
2    A  I don't think so.
3    Q  Did you talk with Tommy's lawyers in
4 preparation of his claim?
5    A  I don't -- I don't think so.  I don't
6 recall.
7    Q  Have you ever talked to any of Tommy's
8 lawyers before about this case?
9    A  About this case?
10   Q  About Green Tree.
11   A  Possibly I may have taken like a message to
12 have Tommy call him or return a phone call because
13 they had my number as a contact also for Tommy.
14   Q  But, no, you don't recall having any
15 substantive conversations with any of Tommy's
16 lawyers with respect to Green Tree?
17   A  No.
18   Q  Okay.  Let me direct you to paragraph 27,
19 which is on page 4, and Tommy here alleges in total
20 plaintiff received over 200 calls from a
21 representative of defendant seeking to collect upon
22 the subject debt.
23   A  I think I have the wrong page.  Where -- my
24 24 is not -- it doesn't say that.

TOMMY ROBISON vs.
GREEN TREE SERVICING, LLC

MELISSA ANN WAXLER
April 2, 2014

Page 13

1    Q  I'm sorry. My mistake. Paragraph 27. I
2 misspoke.
3    A  Okay, okay.
4    Q  In paragraph 27 Tommy alleges that he
5 received over 200 calls from Green Tree. Did you
6 have any role in calculating the number over 200
7 calls?
8    A  No.
9    Q  Okay. And then if you look on the next
10 page at paragraph 30, there is a list of phone
11 numbers that Tommy says he received calls from. Did
12 you have any role in providing information as to
13 numbers that Green Tree supposedly called Tommy
14 from?
15    A  Not for Tommy.
16    Q  For you?
17    A  For myself and I helped my father.
18    Q  Okay. How did you go about gathering that
19 information?
20    A  Well, I wasn't able to -- I think I was
21 only able to recover some of the phone calls from my
22 home line because if it goes -- if it was answered
23 by the answering machine, it didn't -- they couldn't
24 provide that to me in a written record, but for my

Page 14

1 cell phone I had -- I was able to get those
2 printouts going back to about dates of when I
3 thought it started. And that's what I also had to
4 assist my parents in doing, which there were costs
5 associated with that.
6    Q  Are those cell phone bills or something
7 different you're referring to?
8    A  Part of mine might have been bills, but
9 then part were like -- maybe like an extra thing I
10 had to request or maybe my parents was the extra --
11 one of the two of them I know was like $75 to get
12 the records, but it wasn't -- I don't -- it wasn't
13 like their bills that they had like saved.
14    Q  Well, let me just show you what we have,
15 quickly, previously marked as Robison 2, 3, 4, and
16 5, which I will represent to you that Tommy's
17 counsel produced to us.
18    A  Okay.
19    Q  Are these the records that you are
20 referring to?
21    A  I mean that's what it -- that's what it
22 looks like.
23    Q  Okay.
24    A  But it wasn't like -- like when I say bill,

Page 15

1 like I -- I don't think it was like the mailed bill,
2 you know, like the hard copy. It was like printed.
3    Q  For example, No. 5 says reprint at the top.
4    A  Right, yeah.
5    Q  So you requested copies of old bills from
6 AT&T?
7    A  I don't know that I did or if Tommy did.
8    Q  Okay.
9    A  I know I -- because I think part of it
10 was -- and I don't remember -- I switched cell phone
11 carriers at one point. So at one point I think my
12 cell phone was just on T-Mobile. I don't think I
13 have any of those records, but I think it was once
14 we were together on the same bill when our phones
15 were on the same plan.
16    Q  Okay. So when you provided information
17 to -- so you provided information as to calls that
18 you received from Green Tree?
19    A  Right.
20    Q  And you got that from the phone records
21 that you were able to obtain from AT&T?
22    A  Right, right.
23    Q  Okay.
24    A  And I think Tom -- I think on some of them

Page 16

1 Tommy's might be on there. Like I said, I don't
2 know when the plans went together, and the home
3 phone was different then.
4    Q  Okay. And who did you give that
5 information to, that you had pulled together showing
6 when you and your father received calls?
7    A  I gave that to Tommy.
8    Q  Okay. We will go through some of those
9 later with respect to specific calls because there
10 are some notations on some of these.
11      Did you make notations on the phone records
12 when you reviewed them showing calls that you
13 thought were from Green Tree?
14    A  There might have been like one or two where
15 I started to try to go to call back, but there are
16 just so many that I couldn't -- I just kind of said
17 here, Tommy.
18    Q  Okay. Now, you are aware that Tommy filed
19 for bankruptcy, correct?
20    A  Yes.
21    Q  And now I want you to think about the
22 period before Tommy filed for bankruptcy. Prior to
23 Tommy filing for bankruptcy, did you make any calls
24 to Green Tree regarding his loans?

TOMMY ROBISON vs.
GREEN TREE SERVICING, LLC

MELISSA ANN WAXLER
April 2, 2014

---

Page 17

1   A  Yes.
2   Q  Okay.
3   A  Can I have -- I will interject a "but."
4  Because we had spent such copious amounts of time
5  dealing with this, that the times when we had to
6  call were when we would get home from work, and one
7  of us would be preparing dinner or getting the kids
8  ready for whatever was going on at home.  So if I
9  did call, it was an automatic you have to hand the
10  phone to Tommy for him to give me verbal
11  authorization to talk to you or we cannot go any
12  further.
13       So that was what happened every single
14  time, and I do know each time they had asked, they
15  had said you can submit this paper so we can -- you
16  are authorized to talk to us whenever, and we said
17  no, we weren't going to do that, that we didn't need
18  to worry about that.  So it was every time that I
19  had spoken, it was just per Tommy like literally in
20  the room, me handing him the phone and then taking
21  it back.
22   Q  Okay.  So you would call Green Tree.  They
23  would say we need authorization from Tommy.  You
24  would hand it Tommy.  He would say she is authorized

---

Page 18

1  to talk on my behalf and hand it back to you?
2   A  Right.
3   Q  And then you would talk to Green Tree?
4   A  Right.
5   Q  And what were you talking about to Green
6  Tree during these calls before Tommy's bankruptcy?
7   A  Most of it was just -- it was time and time
8  again trying to get in the paperwork to try and
9  apply for a loan modification and just making sure
10  that we had the organized documents because we kept
11  on getting -- like you can see here, I have many
12  envelopes.  They just -- every time we would submit
13  something, they just send us out a new huge FedEx of
14  everything that had to be submitted all over again
15  saying your file is not complete; your file is not
16  complete.
17       And so it was a lot of time spent going
18  back and forth on what they thought we didn't have
19  or we submitted but we had to submit again because
20  they said they didn't have it.
21   Q  Okay.  So before Tommy's bankruptcy, you
22  made many calls to Green Tree regarding attempting
23  to get a loan modification for Tommy's loans?
24   A  Yes.

---

Page 19

1   Q  And did Green Tree call you prior to
2  Tommy's bankruptcy about the loan modification?
3   A  I would say yes because that would still
4  include the period of time in which they were trying
5  to collect, and so there were many calls on my home
6  phone.  I mean so much so that I just -- I couldn't
7  even listen to my answering machine anymore because
8  I would get home and it would be blinking 15
9  messages, and they would all be -- it could be
10  person, hang up, person, hang up, from the same
11  numbers, with the same area codes, you know, with
12  the abbreviation of Green Tree on it.
13       There were times that they would call my
14  cell phone.  A lot of times with the cell phone if
15  it was during working hours, we just wouldn't answer
16  it, or we would, you know, just hit end.  And I know
17  that was one of the things when I got the cell phone
18  records that we had asked is this every incoming
19  call that we received, even if we don't answer it,
20  and they said no.  So I know that those are, I
21  guess, records that for whatever reason we're not
22  privy to or can't get.
23   Q  Prior to Tommy's bankruptcy, did you ever
24  call Green Tree regarding arranging a short sale of

---

Page 20

1  the property?
2   A  That could have possibly been one of our
3  conversations, and it's keeping in mind that Tommy
4  was always there, I mean within the same house.  It
5  was hearing the conversation of what was being said
6  and, like I said, just so one of us were taking care
7  of the kids at that point in time because it was
8  easily that we would be on hold for the first 20, 30
9  minutes before we would actually start to converse
10  with a person.
11   Q  Was Green Tree calling your house because
12  you had told them that Tommy was at your house?  How
13  did Green Tree come to be calling your house?
14   A  I don't know.  I think at one point in
15  time -- I don't know if there had been a number
16  listed as that as a contact number.
17   Q  You don't know one way or the other?
18   A  I'm not sure.
19   Q  Okay.  So whenever you called Green Tree,
20  Tommy had authorized you to make those calls on his
21  behalf?
22   A  Right.  He was there in person.
23   Q  And you would tell Green Tree you were
24  calling on Tommy's behalf, and they would ask you to

---

TOMMY ROBISON vs.
GREEN TREE SERVICING, LLC

MELISSA ANN WAXLER
April 2, 2014

Page 21

1  put Tommy on the line to give authorization?
2      A   Yes.
3      Q   So obviously you talked -- prior to Tommy's
4  bankruptcy, you talked many times with Green Tree
5  representatives about loan modification, correct?
6      A   Yes.
7      Q   Did you ever have any conversations with
8  Green Tree prior to Tommy's bankruptcy about money
9  owed on the property, an attempt to collect money
10  that was due on his mortgage as opposed to
11  attempting to do a loan modification?
12      A   Can you clarify?  Like me asking how much
13  do we -- how much does Tommy owe going forward or
14  are you talking --
15      Q   No.
16      A   -- about them saying you owe this -- you
17  know, Tommy owes this amount; we need to get it?
18      Q   Sure.  Let me try to ask a better question.
19  You indicated that you would get voicemails from
20  Green Tree seeking to collect a payment.
21      A   Yes.
22      Q   Did you ever have any conversations with
23  Green Tree where the subject was Green Tree seeking
24  to collect a payment prior to Tommy's bankruptcy?

Page 22

1      A   I would probably say yes, during the phone
2  calls of -- between the -- you know, trying to do
3  the loan modification and the short sale, that was
4  probably brought up because I know with the short
5  sale, part of the information they had given us was,
6  well, you have to go past due.  You have to go and
7  you have to lapse at least two months but not
8  greater than three, and so that would be -- they
9  would -- you know, if they could -- after those
10  phone calls, once we I think started looking at the
11  short sale as an option, that would be a reminder
12  along with any phone call we made as the balance is
13  past due for Tommy.  When is he going to take care
14  of this?  Is this going to be taken care of?
15      Q   Do you have any notes from any of your
16  conversations with Green Tree prior to Tommy's
17  bankruptcy?
18      A   Not other than what I gave you today.  We
19  didn't really anticipate it coming to this point, so
20  we weren't like handwriting notes or anything.
21      Q   Did you make any recordings of any
22  conversations with Green Tree?
23      A   No.  Anything I had was on that answering
24  machine, but every time I cleared it -- it wasn't

Page 23

1  like a tape or anything like that.  So it was
2  nontangible.  It's nothing left of it.
3      Q   Whenever you spoke with Green Tree, were
4  you authorized to speak on Tommy's behalf?
5      A   Whenever the call was initiated from our
6  home with Tommy there, yes.  Had there been times
7  where they had called me when Tommy was not with me
8  and they had not asked to speak with Tommy?  Yes.
9      Q   Were there times when Green Tree called you
10  when Tommy was not present and asked to speak with
11  you?
12      A   Not asking to speak with me but looking for
13  Tommy's whereabouts or phone number to get a hold of
14  him or where they could reach him because he owed
15  a debt.
16      Q   Okay.  Now, after Tommy filed for
17  bankruptcy, did you ever make any calls to Green
18  Tree regarding his loans or his mortgage?
19      A   I don't recall.  I don't -- yeah.  I don't
20  recall even the exact date.
21      Q   Okay.  After Tommy filed for bankruptcy,
22  did you ever speak with anyone from Green Tree?
23      A   Again, not knowing the date, the calls
24  eventually started to fizzle out, but I want to say

Page 24

1  it was well past even 30 days after the sheriff's
2  sale, which I know is different than the bankruptcy
3  date, so if that helps in time reference.
4      Q   And again I am not referring to just
5  getting calls, but I am referring to conversations
6  that -- you know, where there was a call where you
7  actually spoke with somebody at Green Tree --
8      A   There might have been calls where --
9  because I mean once it got to a certain point, it
10  was please don't call me.  I'm not giving you
11  information about Tommy.  You know, I am not dealing
12  with this.  I am not authorized to deal with this
13  and, you know -- and sometimes depending on who the
14  person was, they would be polite and say okay, thank
15  you for your time, and hang up.
16      Other times there have been people who were
17  quite abrupt with Tommy or I as far as trying to get
18  money in payment.
19      Q   Well, that's what I want to get into.
20      A   Okay.
21      Q   And I want to get your best recollections
22  of these calls.  Can you give me the number of times
23  you actually had a conversation with someone from
24  Green Tree after Tommy filed for bankruptcy on

Page 25

1 December 8, 2011?
2    A  In reference to time, I can't -- I couldn't
3 give you any certains after that date being two,
4 three years ago.
5    Q  Okay.  Can you give me any approximation?
6 You just can't tell me at all?
7    A  Well, I just -- I mean being that many
8 years ago and -- because -- I mean you are looking
9 at a process we started in 2010 and it's 2014.
10 There were so many -- if I had a timeline to look at
11 of when the events occurred and I was able to go
12 back and then look at the phone records, I could
13 probably tell you just as you could do, but I mean I
14 can't say a specific date -- I can't give you a
15 specific date or month of that.
16    Q  Do any conversations that you had with
17 Green Tree after Tommy's bankruptcy stand out in
18 your mind, date aside?
19    A  Just the conversations that stood out were
20 the ones where people were not so cordial, and,
21 again, I can't give you a date on those, but there
22 are probably a handful I had and a handful he had
23 and probably handful left on the answering machine
24 that were quite abrupt and not customer service

Page 26

1 friendly.
2    Q  Okay.  But you can't tell me when any of
3 those calls actually occurred?
4    A  Not as far as a date and time, no.
5    Q  And you can't tell me whether those calls
6 occurred before or after Tommy filed for bankruptcy?
7    A  I would say not a definite without being
8 able to look at something in front of me.
9    Q  Okay.  And what would you need to look at?
10    A  If I had the date of bankruptcy and went
11 through some of the phone records, I might be able
12 to --
13    Q  Okay.  Well, I will tell you the bankruptcy
14 was filed on December 8, 2011, and we can -- let's
15 look at paragraph 35.
16    A  Okay.
17    Q  Maybe that will help you here, where Tommy
18 has alleged various specific calls, and in
19 subparagraphs (a) through (r), those calls were all
20 dated prior to the bankruptcy.
21    A  Okay.
22    Q  And he's got various calls that allegedly
23 went to you, either your home phone or your cell
24 phone.

Page 27

1    A  Yes.
2    Q  And I guess let's just take (a), for
3 example.  It says call to Melissa's home phone on
4 March 28, 2011, at 7:46 a.m.  That was before the
5 bankruptcy.
6    A  Yes.
7    Q  Can you recall anything about that call?
8    A  Not specifically other than it was probably
9 looking for Tommy because they were looking to
10 collect a debt.
11    Q  Do you know if there was actually a
12 conversation with someone at Green Tree during that
13 call?
14    A  Being that that was the home phone line,
15 I'm trying to think if that was something pulled out
16 of the records or if that was an actual picked up
17 call.  I mean we didn't answer a lot of them, so
18 unless I had like -- I mean the only way to verify
19 that was to see the start time and end time of the
20 call.
21    Q  Okay.  And none of the phone records that
22 have been produced to us cover this period of time.
23 So that's why -- if I had a record, I would show
24 you.

Page 28

1    A  Okay.  Then those were probably -- I do
2 know that -- and I don't have it with me today, and
3 I don't know if I even have it any longer.  I know
4 at one point Tommy had asked for -- if there was
5 anything on my home phone, and since we no longer
6 had that line when he was asking for that, I
7 think -- like I had taken a picture and given it to
8 him of the caller ID showing that.
9        So I know there were some pictures that he
10 had taken of his old phone because there was no
11 record that we could get from that or like my
12 landline where it was a picture of the caller ID.
13    Q  Okay.  When you say you took pictures of
14 your phone, how did you take those pictures?
15    A  Just with another phone.  I mean just
16 probably with like an iPhone.
17    Q  And then you printed out the pictures, or
18 what did you do with the pictures?
19    A  I just gave them to Tommy.  I just sent
20 a -- I probably sent it.
21    Q  Sent it electronically?
22    A  Yes, because I don't have a color printer
23 or anything, so I just probably sent it once he
24 asked for it.

TOMMY ROBISON vs.
GREEN TREE SERVICING, LLC

MELISSA ANN WAXLER
April 2, 2014

---

Page 29

1      MR. BLANKENSHIP: Okay. I will give you
2 back your originals and then let's mark this as
3 Robison Exhibit 7, please.
4      (Robison Deposition Exhibit 7 was
5      marked for identification.)
6 BY MR. BLANKENSHIP:
7   Q  Okay. Let me show you what we have marked
8 as Exhibit 7, the first three pages of which are the
9 subpoena that you received, correct?
10   A  Yes.
11   Q  And that subpoena asked you to bring
12 certain documents reflected on the third page,
13 correct?
14   A  Yeah. It was pretty much any -- my
15 understanding was anything pertaining to this that I
16 had possession of or could bring today.
17   Q  Okay. And you made a search for those
18 documents?
19   A  Yes.
20   Q  And the rest of Exhibit 7 consists of the
21 documents that you brought in response to the
22 subpoena, correct?
23   A  Things that I found -- yes.
24   Q  Okay. And let's just kind of page through.

---

Page 30

1   A  Okay.
2   Q  Some of these are obvious. There's the
3 order modifying stay and the notices of bankruptcy.
4 Then after the various bankruptcy documents, there
5 is a -- it looks like a statement from Green Tree
6 dated --
7   A  Okay.
8   Q  -- June 6, 2011, right? Do you see that?
9   A  Wait. I don't have the June -- oh, yeah,
10 yeah, yeah, at the top, yeah.
11   Q  Okay. And that went to Tommy at the
12 Clifton address?
13   A  Yes.
14   Q  Okay. And then there is a second page to
15 that, and then there is a document from Sage
16 Personal Finance. Do you know what that relates to?
17   A  I have no idea.
18   Q  Okay. And then there is a document from
19 Green Tree dated June 13, 2011, which is a
20 notification of availability of homeownership
21 counseling. That was sent to Tommy, correct?
22   A  Yes, it appears so.
23   Q  And then there is another account
24 statement, this one dated April 6, 2011?

---

Page 31

1   A  Correct.
2   Q  Okay. And then we've got what look to be
3 some kind of phone records. What is that document?
4   A  I think this was before Tommy had requested
5 anything like formal. I think this was what I could
6 go online and just copy and paste.
7   Q  This is a phone record then?
8   A  Yes.
9   Q  And for what phone?
10   A  Give me a second. I think -- hang on.
11 I -- this is a cell phone so it's -- it's mine or
12 Tommy's -- I think it's Tommy's.
13   Q  Tommy's cell phone record?
14   A  I believe so, because I can see that --
15 like my cell phone number is in here.
16   Q  Okay. And do you know whose handwriting
17 that is at the top?
18   A  Mine.
19   Q  Okay. And what were you writing down
20 there?
21   A  I was looking at the -- we frequently --
22 one of the frequent area codes that we -- that I had
23 on my home phone and that would come in to my cell
24 were 615 area codes for a while. It switched where

---

Page 32

1 we would get a whole -- like I think one other
2 frequent one was always like 480 that we would get,
3 and those ones happened to be, I think, relatives of
4 mine that are also affiliated with Minneapolis.
5      So I wanted to make sure that -- you know,
6 I didn't want people calling -- you know, so that's
7 why I just put there that I didn't believe that
8 those numbers were related to it.
9   Q  Green Tree?
10   A  Yeah.
11   Q  And then as we go down the page, you have
12 crossed out certain numbers. What were you
13 intending to do --
14   A  Just looking for the numbers that -- the
15 calls from Green Tree.
16   Q  Okay. And did you mark on these records
17 the calls that you believe were from Green Tree?
18   A  Honestly, I think I had started and then I
19 think it stopped because I think I got done with it
20 around like the -- I don't know -- sixth or seventh
21 page. You see the marks stop, and that's when I
22 just said this isn't my project.
23   Q  So you've got a call on the first page of
24 the phone record, 10/4/11 incoming at 8:36 p.m. that

---

Page 33

1  you circled and then put a question mark by.
2     A  Yes.
3     Q  What was that for?
4     A  I believe that was because when you dial
5  the number back, it has some kind of automated
6  nonworking message with it.
7     Q  So you don't know if that was from Green
8  Tree or not?
9     A  I'm going to assume most likely it was
10  because it was neither of my relatives' phone
11  numbers, and this being Tommy's phone, he wouldn't
12  have calls from those people on it, but I just
13  thought it was very odd that there was nothing on
14  the other end.
15     Q  Okay.  So you circled that call on 10/4/11
16  at 8:36 because you thought most likely that was a
17  call from Green Tree?
18     A  Yes.
19     Q  And I don't see any other circled calls.
20  Were there any other calls in this phone record that
21  you thought were from Green Tree?
22     A  Within that first like six or so pages, the
23  ones that are crossed out are phone numbers that I
24  was able to identify or familiar with.  The ones

Page 34

1  that are not crossed out were ones that I did not
2  know who they belonged to.
3     Q  Okay.  And so were you saying they were
4  from Green Tree, or you just didn't know who they
5  were from?
6     A  No, I just didn't know.  I can't -- I
7  can't -- I didn't know one way or the other.
8     Q  And that's when you decided this wasn't
9  your project and you weren't going --
10     A  Yes.
11     Q  -- to undertake to determine whether they
12  were from Green Tree?
13     A  I was not going to start making phone calls
14  and things of that nature so --
15     Q  All right.  So essentially you concluded
16  that certain calls were not from Green Tree, but you
17  didn't make any decisions as to whether any calls
18  were actually from Green Tree as reflected in these
19  records?
20     A  No.  I just gave it to Tommy.
21     Q  Okay.  Then after that phone record
22  there -- it looks like a letter that Tommy sent on
23  August 9, 2010, enclosing documents to process a
24  loan modification for his first mortgage with Bank

Page 35

1  of America?
2     A  Yes.
3     Q  Okay.
4     A  And that's where I don't know -- between
5  these two that was part -- that was kind of the
6  start of the beginning of trying to do the
7  modification, and they had just literally said write
8  these things down.  And then Tommy had to send them
9  in, and I thought it was a little odd there was no
10  form but I -- I can't say -- obviously this one says
11  with Bank of America, but I know he had tried to do
12  it with Green Tree.  So I can't say if this one -- I
13  mean you could tell by -- I'm sure you could find
14  out with the fax number, but I don't know which
15  lender that one went to.
16     Q  That number at the top, 630-299-0199, do
17  you know whose number that is?
18     A  That was the landline at my house.
19     Q  Your house landline?
20     A  Yes.
21     Q  So Tommy gave that number as his contact
22  number?
23     A  Yes.
24     Q  And then the next page after that appears

Page 36

1  to be a hardship statement by Tommy?
2     A  The expense stuff?  Yeah.  I think
3  that's --
4     Q  Yes.
5     A  I think that's what it was.
6     Q  And then he gives his personal references,
7  you and your father, Colm McCarthy?
8     A  Yes.
9     Q  And that number, 630-550-8100, is that your
10  cell number?
11     A  That is my cell phone number.
12     Q  And then the number 630-213-1886 is Colm
13  McCarthy's home phone number?
14     A  Home phone number, yes.
15     Q  Okay.  And then the next page looks like a
16  notice from Green Tree dated June 17, 2010, where it
17  looks like they're telling you that they're
18  declining loan modification?  They are unable to
19  offer you --
20     A  To some -- yeah, yeah.
21     Q  Did conversations regarding the
22  modification go on after June 2010?
23     A  I believe it was ongoing for quite a while
24  because they kept on requesting the same things or

TOMMY ROBISON vs.
GREEN TREE SERVICING, LLC

MELISSA ANN WAXLER
April 2, 2014

Page 37

1 they would say -- I think there's an example in here
2 of -- like they would send something like -- I don't
3 know if it's this form or something like this form
4 where they would say you didn't submit these things.
5 Try again. And it was just kind of repetitious of
6 the same form coming over and over with the FedEx
7 envelopes.
8    Q  Okay. And the rest of the documents appear
9 to be documents containing personal financial
10 information for Tommy --
11    A  Right. It was part of what they requested
12 with those loan modification statement things. So
13 again I don't know if that was both companies -- you
14 know, if the one was sent to both companies or not.
15 I thought I had to bring it in because it might
16 relate to --
17    Q  Right. So the remainder of the documents
18 after the Green Tree notice dated June 17, 2010, are
19 information that was provided either to Bank of
20 America or Green Tree as part of your efforts to get
21 a loan modification?
22    A  Correct.
23    Q  Okay. Let's go back to talking about the
24 phone calls and looking at the complaint, and we are

Page 38

1 looking at that first one, the call to your home
2 phone, and I think where we left off here was you
3 told me you suspected that the information regarding
4 this call on March 28, 2011, at 7:46 a.m. you got
5 from actually looking at the phone -- your phone and
6 taking a picture of it and giving that picture to
7 Tommy?
8    A  Yes. If there is no phone record -- I had
9 given him what I have as far as printable phone
10 records. So if it's not on there, that's probably
11 what it is.
12    Q  I can go through these specifically -- you
13 know, each one individually, but let me try to
14 shortcut that. There are various calls to you that
15 are reflected in subparagraphs (a) through (r),
16 which is the pre-bankruptcy period.
17    A  Okay.
18    Q  Yeah, pre-filing period -- the period
19 prior -- I will start all that again.
20      Subparagraphs (a) through (r) of paragraph
21 35 of Exhibit 1 all relate to calls that Tommy
22 alleges were made prior to his filing for
23 bankruptcy, and various of those calls are described
24 as being to either your home phone or your cell

Page 39

1 phone. My question is do you have any specific
2 recollection of any of the specific calls that are
3 listed in paragraphs 35 (a) through (r)?
4    A  I am going to say I can't recall that
5 specific information over this course of time.
6    Q  Okay. And can you tell me whether any of
7 the calls reflected in subparagraphs (a) through (r)
8 of 35 actually resulted in a conversation between
9 you and Green Tree as opposed to just a call that
10 was not answered or voicemail?
11    A  I could say most likely at least half of
12 them could have been conversations, just very brief,
13 probably I'm assuming under a minute.
14    Q  Why do you say that?
15    A  Because it was just no -- it would be no,
16 Tommy is not here. I don't know where you can reach
17 him, you know. This is not his number.
18    Q  Okay. And you don't have any notes or
19 other records of the calls reflected in
20 subparagraphs (a) through (r) of paragraph 35?
21    A  As far as like notes I took at the time of
22 the phone call?
23    Q  Yes.
24    A  No.

Page 40

1    Q  Or any other notes you might have?
2    A  No. This is everything.
3    Q  Okay. There are calls reflected in these
4 paragraphs to Colm's cell phone or Colm's home
5 phone, and Colm is your father?
6    A  Yes.
7    Q  Were you a party to any of the phone calls
8 to Colm?
9    A  I was never present.
10    Q  Okay. Did he tell you about the calls?
11    A  Yes.
12    Q  And do you have any recollection of
13 specific conversations with your father about calls
14 from Green Tree?
15    A  I can remember him inquiring with concern
16 as to why they were looking for Tommy. I mean this
17 was more his business that I was privy to as a
18 significant other, and yet my father was being
19 brought into it. So I think he had some concern on
20 my behalf as to Tommy's financial matters, as my
21 significant other, which is not the most -- I don't
22 know -- unembarrassing thing or conversation to have
23 to have with a parent about personal finance.
24    Q  Your father knew about Tommy's bankruptcy

TOMMY ROBISON vs.
GREEN TREE SERVICING, LLC

MELISSA ANN WAXLER
April 2, 2014

Page 41

1 filing, correct?
2    A  Eventually, he did.
3    Q  When did he learn?
4    A  I can't recall that.
5    Q  Okay.  Let's skip to -- let's look at
6 subparagraph (s) which is the first call alleged
7 after Tommy filed for bankruptcy, and it's the first
8 one to you, appears at (w), call to Melissa's cell
9 phone on January 8, 2012, at 12:44 p.m., 13 minutes.
10      Do you recall a call on January 8, 2012, at
11 12:44 p.m. lasting 13 minutes?
12    A  I can't specifically, but I can speak to
13 any longer conversation that I had had with them
14 still remained I am not the contact for Tommy, and
15 they would inquire about the debt or when he's going
16 to pay or they would -- I felt it was a ploy.  They
17 would say, well, his account counselor has changed.
18 He really needs to call them about the debt owed.
19      And sometimes they would just try and go on
20 and on, and it would get to the point where I would
21 just hang up.
22    Q  So you don't recall specifically a call --
23    A  Not specifics.
24    Q  -- in January 2012?

Page 42

1    A  No.
2    Q  Do you know where the information that
3 there was a call to your cell phone on January 8,
4 2012, at 12:44 p.m. came from?
5    A  I would only assume the phone records.
6    Q  They are not reflected in the phone records
7 that have been produced.  Do you have any other idea
8 where --
9    A  It was either the phone records or if there
10 were any -- like I said, there were only like a
11 handful of photographs because there were -- when we
12 had changed phones, you know, it went from one to
13 the other, but the information stays in the old
14 phone.
15    Q  When did you change services to AT&T?
16    A  I can't recall that.
17    Q  Who was your prior servicer?
18    A  I believe it was T-Mobile.
19    Q  And then subparagraph (x) indicates a call
20 to Melissa's cell phone on January 9, 2012, at
21 6:16 p.m., 21 minutes.  Do you recall that phone
22 conversation?
23    A  No specifics.
24    Q  Okay.  Do you recall getting two relatively

Page 43

1 long calls in consecutive days?
2    A  To be quite honest, no.  That very well
3 could have been during my winter break so -- I'm on
4 a school schedule.  So I mean if it was just, you
5 know, during the course of the day or even in the
6 evening, I mean it wasn't -- at this point it wasn't
7 uncommon for these phone calls because they happened
8 so frequently.
9    Q  But it wasn't common to have a call that
10 lasted more than a few seconds for you to tell them
11 that Tommy wasn't there?
12    A  Well, incoming, but I mean we have -- we
13 have literally wasted hours of our time, especially
14 when we had to make phone calls to Green Tree.  So
15 saying that this was the longest incoming one, sure,
16 it might be the longest incoming one, but if you're
17 looking at all the phone calls that had to be placed
18 to Green Tree, in comparison this is actually quite
19 a short call.  So I'm still going to say it doesn't
20 stand out.
21    Q  Okay.  Then (cc), call to Melissa's cell
22 phone on March 9, 2012, at 12:02 p.m.  Do you recall
23 that conversation or that phone call?
24    A  I can't say specifically, no.

Page 44

1    Q  Okay.  And that one doesn't have any
2 minutes by it.  In fact, most of the calls don't
3 have any minutes reflected except we saw in (w) and
4 (x) that there were minutes of 13 and 21 reflected.
5      Do you know why some of the information you
6 provided had lengths of phone calls while some did
7 not?
8    A  The only difference I might be able to
9 conclude would be if those were pictures that I had
10 given to Tommy versus the actual printout of the
11 other records.
12    Q  When you took the pictures from your phone
13 showing the call, did it have -- did it actually
14 identify Green Tree as the caller or just give a
15 phone number?
16    A  On the house phone it always identified
17 Green Tree, on the landline.  On the cell phone I
18 want to say it just became the area code numbers
19 that we started memorizing to link that it was going
20 to be a Green Tree call.
21    Q  Subparagraph (ee) reflects a call to
22 Melissa's cell phone on April 17, 2012, at 8:03 p.m.
23 Do you recall if in fact that call happened?
24    A  No, I can't specifically recall.

Page 45

1    Q   And then (gg) reflects a call to Melissa's
2    cell phone on May 7, 2012, at 7:34 p.m.  Did that
3    call happen?
4    A   If there is documentation showing, sure,
5    but I can't specifically pick out one phone call.
6    Q   Okay.  I don't have any documentation.
7    That's why I have to ask you.
8    A   Right.  I mean --
9    Q   Just so you understand, I've got the
10   documentation that's been produced.
11   A   Okay.
12   Q   And I am going to ask you specifically
13   about calls that were reflected in that.
14   A   No, that's okay.
15   Q   But I have to understand where Tommy's
16   counsel got this information.
17   A   No, that's fine.
18   Q   And Tommy couldn't tell me.  So that's why
19   I'm asking you.
20       Okay.  And you don't know where the
21   information regarding a call to your cell phone on
22   April 17 came from that was used to prepare this?
23   A   No.  I guess -- I mean I have handed over
24   everything I have so --

Page 46

1    Q   Okay.  And then let's just quickly go
2    through and I will just generally direct your
3    attention to the calls reflected in subparagraphs
4    (gg), (ii), (jj), (ll), (mm), and ask you did those
5    calls happen?
6    A   If they're not in your documents, then I
7    can't specifically state.  Again, because of the
8    frequency I received them, I can't specify to one
9    day.
10   Q   Okay.  And I don't think I included a call
11   to your cell phone on July 31, 2012, at 10:27 a.m.
12   You don't know if that call specifically occurred or
13   not?
14   A   Correct.  I am going to refrain to my past
15   statement, yes, same thing.
16   Q   Okay.  Now let's look specifically at
17   Exhibit 4, the phone bill that is marked as Exhibit
18   4 -- I'm sorry, five, Exhibit 5.  And this is a
19   phone bill for the period of August 29, 2012, to
20   September 28, 2012?
21   A   Yes.
22   Q   Okay.  And whose phones does this bill
23   cover?
24   A   It is -- the 847 phone number is Tommy's

Page 47

1    phone, the 550 number is my cell phone, and the 217
2    phone number is a phone we bought for my mother.
3    Q   Okay.  And so we're clear, Exhibit 5 is a
4    reprint of a phone bill that you requested from the
5    phone company as part of this exercise in helping
6    Tommy prepare his complaint?
7    A   Yes.
8    Q   This is missing page 25.  That's how it was
9    produced to us.  Do you have any knowledge of why
10   this is missing page 25?
11   A   I have no idea.
12   Q   Okay.  Now, if you look back at the
13   complaint, Exhibit 1, the last subparagraph of
14   paragraph 35, subparagraph (rr) --
15   A   Hang on one second.  I am --
16   Q   Sure.
17   A   I am looking at one, right?
18   Q   Yes, back to that.
19   A   And what page are you on, seven?
20   Q   Seven.
21   A   Okay.
22   Q   (RR), call to Melissa's cell phone on
23   September 19, 2012, at 5:21 p.m., and I will ask you
24   do you have any recollection of that call?

Page 48

1    A   No specifics.
2    Q   Okay.  Now, if we look at Exhibit 5, the
3    phone bill, on page -- I think the fifth page would
4    reflect the calls that are on September 19.
5    A   Yes.
6    Q   You see a little mark there by the 5:21,
7    incoming call.  Do you see that, towards the bottom
8    of the page on the left?
9    A   Oh, yeah.
10   Q   And that goes to 612-307-5880.
11   A   I see.
12   Q   That's your cell, correct?
13   A   The 630-550-8100, yes.
14   Q   Oh, I'm sorry.  The 612-307-5880 is the
15   number it's coming from?
16   A   Right, yeah, I believe so.
17   Q   Okay.  And I am asking about this because
18   this does appear to be a phone record that at least
19   corresponds to the subparagraph in the complaint, a
20   call on September 19 at 5:21.
21       Is the call reflected on Exhibit 5, page 5
22   at 5:21 p.m. a call you contend you received from
23   Green Tree?
24   A   I would say since it is there, yes.  I

TOMMY ROBISON vs.
GREEN TREE SERVICING, LLC

MELISSA ANN WAXLER
April 2, 2014

Page 49

1  would say that I would recognize that as one of the
2  area code numbers that we would frequently see.
3      Q   Okay.  And did you put that little mark by
4  the 5:21?
5      A   I can't recall.
6      Q   Okay.  And do you know for a fact that that
7  612-307-5880 is a call from Green Tree or is Green
8  Tree's number?
9      A   I don't know for a fact.  I would probably
10 have to call it.
11     Q   Okay.
12     A   I know it's not one of my relatives'
13 numbers.
14     Q   Okay.  And 612, do you know that as the
15 area code of Philadelphia?
16     A   No.  I was under the impression that it was
17 Minnesota or Minneapolis.
18     Q   Okay.
19     A   For a while we were getting them from there
20 as well as I think Arizona for a while.
21     Q   So what I just showed you appears to be the
22 only phone bill that actually shows any of the calls
23 that are alleged to be to you in paragraph 35 of the
24 complaint.  Are you aware of any other phone records

Page 50

1  that would show any calls from Green Tree to you?
2      A   There were none that we were able to
3  obtain.  Like I said, for the landline that we had,
4  we -- they said that they couldn't -- or any phone
5  calls that were not answered, like on a cell phone,
6  if you did not press answer and then end, it would
7  not record that.  So we found out that there were
8  probably many that were not ever documented
9  anywhere, and we tried with the phone company asking
10 how is that so because that seemed kind of odd, but
11 they said they couldn't produce anything.
12     Q   So Exhibits 2 through 5 are all the phone
13 bills that you have been able to recover from phone
14 companies relating to this matter?
15     A   Yeah, anything that I could for Tommy.
16     Q   So now again let's just focus on the
17 post-bankruptcy filing period, after all the
18 discussions regarding modifications and short sales
19 are completed now.
20     A   Yes.
21     Q   And I just want to confirm you can't recall
22 any specific conversations that you had with Green
23 Tree after the filing for bankruptcy?
24     A   No, I cannot give a name or replicate an

Page 51

1  exact conversation that happened.  Again, I think
2  it's due to the frequency of calls that were related
3  to this matter that were exchanged.
4      Q   Okay.  And none of the conversations stand
5  out in your head?
6      A   The ones where customer service
7  representatives were quite rude, yeah, but can I
8  tell you the exact date?  No.
9      Q   Okay.  Can you tell me an approximate date
10 of any of the calls?
11     A   Anywhere between when he started looking at
12 short sale for the house because even though they
13 told him it had to be -- the mortgage had to be two
14 months behind in order to be eligible to do so, from
15 that point on were the collection type of calls, and
16 the longer and longer it went out, the more I guess
17 you would say aggressive or not customer service
18 friendly the calls, you know, became.
19     Q   Okay.  And again I want you to try to
20 differentiate in your head the period after he filed
21 for bankruptcy from before when you were talking
22 about loan modification and short sales.
23     A   Right, right.
24     Q   Because you were talking about calls around

Page 52

1  the short sale period, and there was a period
2  between then and when Tommy filed for bankruptcy,
3  correct?
4      A   Correct.
5      Q   So putting aside the calls before Tommy
6  filed for bankruptcy, do you recall any of those
7  conversations standing out in your head?
8      A   I could say that most likely those were the
9  rougher conversations that were had after the
10 bankruptcy because they still were really wanting
11 the money, and there were times that I know I had
12 heard Tommy say and I had said myself there's
13 already been a bankruptcy filed, you know.  This has
14 already been taken care of, and that would be
15 disregarded, and it would be, well, you still -- you
16 owe this debt.
17     Q   And when you say rougher, what do you mean
18 by that?
19     A   Things such as -- well, what kinds of
20 person are you thinking that you could do this?  Do
21 you understand what you're doing?  You're the one
22 who, you know, signed loans for this, or don't you
23 know how to get ahold of Tommy?  He owes this debt.
24 This is really important, you know.  He needs to

TOMMY ROBISON vs.
GREEN TREE SERVICING, LLC

MELISSA ANN WAXLER
April 2, 2014

Page 53

1  take care of this with us. You know, he needs to
2  pay his debt. He owes this. He's behind, things of
3  that nature with that tone.
4      Q  Okay. Did you ever tell Green Tree that
5  Tommy no longer lived at 61 South Clifton Avenue,
6  Elgin?
7      A  Not that I can recollect.
8      Q  And what was your response to these calls
9  that you got from Green Tree?
10     A  Mine were this isn't -- Tommy is not here.
11  He's not available. There might have been a time or
12  two where I said I am not a contact person for this
13  account. I don't have a forwarding number for him.
14  I may have said please stop calling me. Those are
15  just kind of general things that I would say.
16     Q  Did you ever ask Tommy to call Green Tree
17  in response to any of these calls that you received?
18     A  I would report the calls to him and I mean
19  it was -- I know he would -- when talking to them, I
20  had heard him -- been witness to hearing him say
21  please do not keep calling me. Please do not call
22  me at this number.
23     Q  How many times did you hear a conversation
24  that Tommy had with Green Tree after he filed for

Page 54

1  bankruptcy?
2      A  Probably -- I would say there had to have
3  been at least 15 or more conversations. Was I there
4  every single time hearing it firsthand? No. I
5  might have heard of it later, like they called me at
6  work and they're saying this, like on his cell phone
7  at work.
8      Q  Specifically how many do you recall where
9  you were actually present in the room when Tommy was
10  speaking with Green Tree?
11     A  I couldn't give you an exact number, but I
12  would say probably around -- anywhere between 10 and
13  15.
14     Q  And that was all after he had filed for
15  bankruptcy?
16     A  I believe so.
17     Q  And do you recall any of those
18  conversations specifically?
19     A  No, not other than like I expressed to you,
20  the tone had changed, and we more frequently had
21  like a rude customer service person trying to deal
22  with it.
23     Q  Could you hear what Green Tree was saying
24  on the calls that Tommy was --

Page 55

1      A  At times I could hear because it was -- his
2  phone is really loud, but it wasn't like he set it
3  on the table and put speaker on.
4      Q  So these were calls that were placed to
5  Tommy's cell phone?
6      A  Correct.
7      Q  And what did Tommy say?
8      A  Things along the lines of, you know, I have
9  a lawyer. I have already filed for bankruptcy.
10  This has been taken care of. This matter is done
11  and over with. I am not responding with you
12  anymore. Please stop calling. Bankruptcy has been
13  filed. Please stop calling, those type of things.
14     Q  How did the calls from Green Tree affect
15  Tommy?
16     A  The incoming calls?
17     Q  Yes. Well --
18     A  Or --
19     Q  Were there calls that he made to Green Tree
20  after he filed for bankruptcy?
21     A  I don't believe so.
22     Q  Okay. So again just focusing on the period
23  after the bankruptcy --
24     A  Okay.

Page 56

1      Q  -- how did those calls affect Tommy?
2      A  It was an annoyance, a hindrance. I mean
3  it was during family time. It could have been
4  during social events, and it was just a constant
5  reminder of what he was dealing with to, you know,
6  try and correct his situation. I mean he --
7  obviously I mean -- it was more of a -- the big
8  thing that had stood out was once the call was made
9  to my father, that was something as far as, you
10  know -- it's not something you want a significant
11  other's parent to know about and have that
12  reflecting on you in any kind of perceptual negative
13  way. So that was something that was, you know, kind
14  of upsetting to him, you know, that that information
15  was divulged to my parents.
16     Q  Did the calls from Green Tree after Tommy's
17  bankruptcy filing cause stress on your relationship
18  with him?
19     A  I mean this whole thing has been stressful
20  for four years.
21     Q  Again I want to differentiate events before
22  the bankruptcy from after.
23     A  Okay.
24     Q  The bankruptcy was stressful, I assume --

Page 57

1     A   Right.
2     Q   -- correct?
3     A   Yes.
4     Q   And your efforts before the bankruptcy to
5 avoid Tommy losing his home I assume were stressful?
6     A   Correct.
7     Q   But those aren't things that were Green
8 Tree's fault, correct?
9     A   Well, if it's not relevant, I don't think I
10 need to answer that, but I mean, yes, everything --
11 pretty much every dealing we have had with Green
12 Tree has been extremely stressful.
13     Q   Okay. Well, there are no claims related
14 to --
15     A   And that's fine, but I am just stating --
16     Q   Okay, but I want you to differentiate that
17 from specifically the phone calls that occurred
18 after Tommy filed for bankruptcy.
19     A   Yeah, it was stressful on our relationship
20 because we were under the impression it was
21 something that had been resolved, but yet there were
22 still phone calls coming. So there was, you know, a
23 question too, is this really taken care of? Is this
24 really done? Is this -- you know, is there still

Page 58

1 monies out there owed, or is this complete, you
2 know? Why the phone calls?
3     Q   And I think I might have asked this. Do
4 you know when Tommy moved the furniture out of his
5 house?
6     A   The last things that he moved I can tell
7 you -- I can't give an exact date, but I can tell
8 you it was before it was supposed to be -- if you
9 call it repossessed. I don't know what you call it,
10 you know. The sheriff's sale, come and gone,
11 whatever. It was the week of the last date that he
12 should have had access to going into the house to
13 remove belongings. They had drilled out the hole --
14 the locks in his door, and they had dead bolted it
15 so he could not get into the property to get last
16 items.
17     Q   And this was after the sheriff's sale,
18 considerably after the sheriff's sale?
19     A   I know for a fact it was still within his
20 legal time to access the property, and I know that
21 that same day he called his lawyers to let them know
22 that we were sitting in the driveway unable to get
23 into the house in any way, shape, or form.
24     Q   Okay. Do you know what year that was?

Page 59

1     A   It would be the year of the short sale --
2 or not the short sale, I'm sorry. It would be the
3 year that it went to County, which I think was
4 2012 --
5     Q   Okay.
6     A   -- I think, or maybe the spring of '13.
7 It's hard for me to -- I'm sorry.
8     Q   That's all right. Did you ever seek any
9 assistance from anyone with respect to the stress on
10 your relationship with Tommy caused by Green Tree's
11 phone calls, a counselor or marital counseling or
12 anything like that?
13     A   No. Kind of due to the nature of the issue
14 at hand, it wasn't something that either of us
15 really felt comfortable going to talk to somebody
16 else about, I think related to the perception of --
17 that others have about bankruptcy and things of
18 that -- and foreclosure and things of that nature,
19 you know. Especially after having, you know, the
20 questions and the reaction from my parents, it was
21 kind of something that -- it was a matter we
22 believed to kind of -- we kept at home and tried to
23 deal with.
24     Q   And when you talk about your parents, was

Page 60

1 their reaction related to the fact that Tommy was
2 going through a bankruptcy?
3     A   There were questions, and, well, why is
4 this? Well, what's going on? I mean just I think
5 out of -- my first marriage ended extremely poorly,
6 and there were a lot of financial problems. So I
7 think that was something that came into play. So I
8 think that was just -- my parents didn't have a bad
9 intention of putting me on the spot or inquiring
10 about my business but --
11      MR. BLANKENSHIP: Okay. I don't have any
12 other questions. Tommy's lawyer may have questions.
13      THE WITNESS: Okay.
14       CROSS-EXAMINATION
15 BY MR. BADWAN:
16     Q   If you can recall, at the time Tommy filed
17 the bankruptcy, had he expressed at that point the
18 intention that he stopped trying to get the loan
19 modification? So at what point did Tommy give up on
20 attempting a loan modification?
21     A   I think after consulting with legal
22 representation. I don't know when exact date-wise.
23     Q   Was the main motive of the bankruptcies
24 from what he told you the debt owed to Green Tree?

TOMMY ROBISON vs.
GREEN TREE SERVICING, LLC

MELISSA ANN WAXLER
April 2, 2014

---

Page 61

1   A   Yes.
2   Q   And he has expressed that to you?
3   A   Yes.
4   Q   So after he filed did you ever see him try
5   to call Green Tree to try to work out a
6   modification?
7   A   I don't believe so.
8   Q   So we are talking about -- just to give you
9   a time reference, end of 2011, December 2011, moving
10  forward.
11  A   I don't think so.  I think after he
12  consulted with legal representation, then he did
13  whatever was decided with legal and followed that
14  recommendation.  I just know -- like I said, I just
15  know it was a really long time that we went back and
16  forth with the loan modification documents, and the
17  only reason I know that firsthand is because I was
18  the one faxing them from work.  So I was faxing a
19  lot from work.
20  Q   Now, you indicated that you would sometimes
21  speak to Green Tree on Tommy's behalf, correct?
22  A   Correct.
23  Q   Was that when Tommy was trying to get a
24  loan modification?

---

Page 62

1   A   Yes, at times that was.
2   Q   And was that before the bankruptcy?
3   A   Yes.
4   Q   Okay.  And what was the tone of Green
5   Tree's representatives when you were trying to get a
6   modification?  Were they friendly?  Were they -- if
7   you had to describe the tone?
8       MR. BLANKENSHIP: Let me just object for
9   the record to the form of the question, lack of
10  foundation, but go ahead and answer.
11  A   Okay.  Really, it varied.  It varied on the
12  customer service person that we had at the time.  It
13  was just other than like -- well, it says you didn't
14  hand this in.  You have to hand this in again, and
15  we had it and, you know -- so it was frustrating for
16  us, but they would just say, well, you don't have
17  it.
18      And then the other problem we encountered
19  often was our counselor for it would change each
20  time.  So then that would be something else that
21  would trigger them to ship us a whole nother
22  envelope.
23  BY MR. BADWAN:
24  Q   And when you were trying to get a

---

Page 63

1   modification, Tommy was behind on the mortgage
2   payments, correct, or was he --
3   A   Not to my knowledge.
4   Q   Okay.  So you testified earlier that Green
5   Tree told you you had to be behind in the mortgage
6   payments to get a modification?
7   A   To do a short sale.  First the modification
8   was attempted before resorting to something of a
9   short sale because he was worried about the
10  implications of missing a payment.
11  Q   Would you consider Green Tree's
12  representative at that point helpful, trying to
13  facilitate this?
14  A   No, no.
15  Q   No?
16  A   I wasted hours and hours of my time and
17  Tommy's time and our family's time dealing with
18  these matters.
19  Q   Now, at one point or another, Tommy filed
20  the bankruptcy, and it was December of 2011.  At
21  that point did he ever state to you an intention to
22  save his home after he filed the bankruptcy?
23  A   Not that I'm aware of.
24  Q   Would it shock you if I told you that Tommy

---

Page 64

1   signed something stating his intention to surrender
2   the property in his bankruptcy?
3       MR. BLANKENSHIP: Objection to the form of
4   the question.
5       MR. BADWAN: Please answer.
6   A   I'm sorry.  I got caught up.  Can you say
7   that again?
8   Q   Would it shock you if you were to find out
9   that Tommy signed something stating his intent to
10  surrender the property that Green Tree had a
11  mortgage on in the bankruptcy?
12      MR. BLANKENSHIP: Object to the form of the
13  question.
14      MR. BADWAN: Please answer.
15  A   No, it would not surprise me.
16  Q   Now, you stated after Tommy gave up on his
17  mission to get a modification, you received phone
18  calls from Green Tree.
19  A   Yes.
20  Q   So at one point you were actually calling
21  Green Tree, correct?
22  A   Only -- that was only like in the home, in
23  his presence.
24  Q   Right.  So you stopped reaching out to

---

TOMMY ROBISON vs.
GREEN TREE SERVICING, LLC

MELISSA ANN WAXLER
April 2, 2014

Page 65

1  Green Tree at one point or another, correct?
2      A   Correct.
3      Q   And do you remember if that was before or
4  after December of 2011?
5      A   Oh, I'm going to say it was before.
6      Q   Okay.  And after December 2011 did Green
7  Tree call you?
8      A   Yes.
9      Q   If you had to approximate how many times
10  they called you personally, and I know it's two
11  years ago, three years ago, so if you have to just
12  approximate, after December 2011, after you stopped
13  reaching out to Green Tree on Tommy's behalf, how
14  many times did you actually speak to a
15  representative of Green Tree?
16      A   Did I actually speak to somebody?  I might
17  go with like 10 to 15.  Most of the time we -- as
18  long as we had the -- before we gave up the
19  landline, we just stopped answering it, and it would
20  just go and go and go, and most of the time if we
21  recognized the prefix on the phone, we just wouldn't
22  answer and let it ring.  So as far as answered is
23  different than how many calls that I had received, I
24  believe.

Page 66

1      Q   If you had to estimate how -- okay.  Well,
2  before we go there, when you did have a
3  conversation, you said approximately 10 to 15, what
4  was said during this conversation?  You would pick
5  up the phone -- and this is generally speaking.  I
6  know each call wasn't exactly the same, but the
7  general scope of the conversation was what?
8          MR. BLANKENSHIP: I object to the form of
9  the question, lack of foundation.  You can answer.
10  BY MR. BADWAN:
11      Q   What would Green Tree tell you --
12          MR. BLANKENSHIP: Same objections.
13  BY MR. BADWAN:
14      Q   -- on these 10 to 15 calls, generally
15  speaking?  Answer the question.
16          MR. BLANKENSHIP: Same objections.
17      A   It was some of the similar things that I
18  have already stated, which was we're trying to find
19  Tommy.  This is regarding a debt that he owes.  Can
20  we speak to him?  Do you have a phone number for
21  him?  Do you have a location for him?
22          I would say things in general such as, no,
23  I don't.  I am not related to this matter.  Please
24  don't call my phone.  I think before I had tried

Page 67

1  even once to ask how did you get my number, because
2  I didn't know how they acquired my number to call me
3  but -- on a regular basis.
4  BY MR. BADWAN:
5      Q   At any point in that conversation, the 10
6  to 15, were they ever just asking what his intention
7  for the property was?
8      A   I don't think that.  I think -- I would go
9  back to he has a debt owed.  There is money that he
10  owes.  We need to get ahold of him.  I don't think
11  they ever specified like a mortgage, but they would
12  say like a debt owed, and we need to find out if
13  he's going to pay or when he's going to pay or how
14  much he can pay.
15      Q   How would you classify the nature of the
16  call if you had to use one adjective to describe it?
17          MR. BLANKENSHIP: Object to the form of the
18  question, lack of foundation.
19  BY MR. BADWAN:
20      Q   And these are the post-2011 calls,
21  generally speaking.
22      A   Annoying.
23          MR. BLANKENSHIP: Same objections.
24  BY MR. BADWAN:

Page 68

1      Q   Would you consider them collection calls?
2      A   Oh, yeah.
3          MR. BLANKENSHIP: Objection, form of the
4  question.
5  BY MR. BADWAN:
6      Q   What was the tone of these post-December
7  2011 calls?
8          MR. BLANKENSHIP: Object to the form of the
9  question, lack of foundation.
10      A   Answer?
11  BY MR. BADWAN:
12      Q   Yes, please answer.
13      A   Okay.  It could be anywhere from friendly
14  to very abrupt, blunt, and rude.  It just depended
15  on the person.  It was never a consistent person.
16      Q   What were some of the things they would
17  say?  And again the scope of this is post-December
18  2011 phone calls.  You testified 10 to 15 phone
19  calls you answered and actually spoke to a
20  representative.  What was said -- what was the
21  consistent demand in these calls?
22          MR. BLANKENSHIP: Object to the form of the
23  question and lack of foundation.
24      A   We are trying to find Tommy.  Is he there?

TOMMY ROBISON vs.
GREEN TREE SERVICING, LLC

MELISSA ANN WAXLER
April 2, 2014

Page 69

1  He has a debt that's owed.  We're trying to find
2  him.
3  BY MR. BADWAN:
4      Q  Did you ever tell Green Tree to stop
5  calling you?
6      A  Yes.
7      Q  Did they stop calling you after you told
8  them to stop?
9      A  Eventually at some point but not after the
10  first time.
11      Q  Now, you also stated that you were at some
12  times present when Tommy would answer the phone and
13  it would be Green Tree on the -- that's calling,
14  correct?
15      A  Correct.
16      Q  And I want to limit the scope to everything
17  after Tommy did not want the loan modification or he
18  was denied.  After Tommy got off the phone with
19  Green Tree, would he ever say anything to you?
20          MR. BLANKENSHIP: Object to the form of the
21  question and lack of foundation.
22          MR. BADWAN: And remember we are focused on
23  post-December 2011 phone calls.
24      A  So we are talking post-bankruptcy?

Page 70

1          MR. BADWAN: You can have a continuing
2  objection.
3      Q  Excuse me?
4      A  So are we talking -- because my timeline is
5  like -- it was the loan modification, attempt at
6  short sale, and then the bankruptcy and then after
7  bankruptcy.
8      Q  After bankruptcy.
9      A  Okay.  What things -- I mean we would have
10  general conversations between ourselves about what
11  did they say this time?  What did they want?  And he
12  would -- you know, he would shorthand what the phone
13  call was and, you know, just that it was really
14  annoying, and we didn't know when it was going to
15  stop because we were under the impression that it
16  was stopping after he had pursued the option of the
17  bankruptcy.
18      Q  Did you ever hear Tommy tell Green Tree I
19  don't want this house, take it if you want,
20  something along those lines?
21      A  Oh, absolutely.
22      Q  Approximately how many times?
23      A  I would say at least a handful.
24      Q  And would the calls stop after that, or

Page 71

1  would they continue?
2      A  No, they would continue because they -- it
3  was the demand of money.  It wasn't -- it didn't
4  seem to be about the property.
5      Q  How did these calls -- I know counsel
6  touched on it, but generally speaking what was
7  Tommy's demeanor after Green Tree would call after
8  he filed the bankruptcy, so December 2011 forward?
9          MR. BLANKENSHIP: Objection, lack of
10  foundation.
11          MR. BADWAN: Please answer the question.
12      A  Sometimes there might be no different
13  affect.  Other times it could lead to another
14  conversation about still going through this and just
15  facts related to everything that was done and just
16  hoping that it would be finished and when the calls
17  would stop.
18      I mean at one point in time, and I can't
19  specify during that timeline, at one point in time I
20  mean he could have been receiving three to five
21  phone calls a day, and that's during his workday as
22  well.  So it was just kind of a when will this end.
23      Q  Did you ever hear him yell when he was on
24  the phone with Green Tree?

Page 72

1      A  I don't honestly think I have ever heard
2  him yell.  He may have been stern or abrupt himself
3  in reaction to what was being said.  Like I filed
4  bankruptcy.  This is done.  I have a lawyer -- this
5  is done.  Don't call me again.  This is finished but
6  never -- never irate.  Like I said, I can't say that
7  I have ever heard him really yell myself.
8      Q  So after you heard Tommy say this is done,
9  I filed bankruptcy, were you ever present when
10  another call came in from Green Tree after Tommy --
11  after Tommy --
12      A  Would say things like that?
13      Q  Yes, correct.  So after Tommy stated in
14  your presence please stop calling, I filed
15  bankruptcy, were you ever present around Tommy when
16  another Green Tree call came in subsequent to Tommy
17  saying please stop calling?
18          MR. BLANKENSHIP: Object to the form of the
19  question, lack of foundation.
20          MR. BADWAN: Please answer the question.
21      A  I can't say like ten minutes later, like it
22  would happen again or, you know -- but there would
23  be another call.
24      Q  A different day after that?

TOMMY ROBISON vs.
GREEN TREE SERVICING, LLC

MELISSA ANN WAXLER
April 2, 2014

Page 73

1  A  Right.  It might be a different day.
2  Q  Did that --
3  A  Or I might not be present if it was at
4  work.
5  Q  But did it happen?  Were you ever present
6  after Tommy told them stop calling on a different
7  day, different week, and then they called again?
8  A  Yes, because I've heard him say it several
9  times.
10  Q  Okay.  Are you and Tommy married?
11  A  No, we are not.
12  Q  At what point did you tell your father
13  Tommy filed bankruptcy, or how did your father find
14  out that Tommy filed bankruptcy?
15  A  My knowledge of it was more so when -- I
16  mean he knew that, you know, he was trying to find
17  an alternate route to go with trying to sell his
18  house.  I can't say exactly when or how he found
19  out.  I don't know if it was the phone call, if that
20  was the first time he had received the information
21  about it, and that's only -- I think that has to do
22  with our family dynamic, and that's because we live
23  across the street, and, you know, my younger brother
24  is in and out of my house.  My mother is in and out

Page 74

1  of my house.  It's -- you know, I don't know if
2  there was ever anything like lying around, should
3  somebody have been nosy.  I don't know.  But my
4  impression is that it was more from the contact that
5  he had received, or that's what triggered him to
6  talk to me about it.
7  Q  So who told your father about Tommy's
8  bankruptcy?
9  A  Green Tree.
10  Q  Green Tree told him?
11  A  Yes.
12  Q  So Green Tree -- that's how your father
13  found out?
14  A  Yes.
15  Q  You never told your father Tommy filed
16  bankruptcy?
17  A  No.
18  Q  To the best of your knowledge, did Tommy
19  ever tell your father he filed bankruptcy?
20  A  No.
21  Q  How did Green Tree get your number; do you
22  know?
23  A  My hypothesis about how they got my number
24  as well as my father's number is on those cover

Page 75

1  sheets when we tried to begin the loan modification
2  process.  That's the only thing that I can think of
3  as far as getting numbers.
4  Q  Did you have a relationship with Tommy when
5  he purchased the property that's the subject of this
6  mortgage?
7  A  No.
8  Q  You weren't there when he closed on the
9  property or finalized --
10  A  No, I was not.
11  Q  Did you ever voluntarily give Green Tree
12  your phone number?
13  A  I may --
14  Q  By voluntary, I mean they asked for it and
15  you gave it.
16  A  No, not that.  There may have been times
17  when I had said something along the lines of if you
18  want to talk to me, you can -- this is my phone
19  number, but it was always a response of the
20  consistent you are not an authorized person on this
21  account.  If there is any contact to be had, Tommy
22  has to -- and that was when we were initially
23  starting things and learned that they wouldn't talk
24  to me.

Page 76

1  So it was if Tommy wants that to happen,
2  either he has to be in the room and you have to hand
3  the phone off, or you have to fill out this
4  document, and you have to mail it in to us, and then
5  we will mail you a verification that you are an
6  authorized person to speak to this account and these
7  matters.  And we chose not to do that.
8  Q  Did these calls or the whole general
9  situation with Green Tree change your perception of
10  Tommy?
11  A  Not as a whole, but it caused a lot of
12  friction about -- well, you talked to your lawyer
13  about this, but now this is happening, like in terms
14  of it -- like he would say, well, we're going
15  through this process, and then this should be the
16  end of things but then still receiving phone calls
17  and not saying that I -- there was no trust, but it
18  was just what we heard was -- I guess mine would be
19  what secondhand information was, what this was going
20  to be done with, but that's not what was happening.
21  Q  Did it change your relationship or put a
22  strain on your relationship with Tommy?
23  MR. BLANKENSHIP: Object to the form of the
24  question.

TOMMY ROBISON vs.
GREEN TREE SERVICING, LLC

MELISSA ANN WAXLER
April 2, 2014

Page 77

BY MR. BADWAN:
1   Q   How did it affect your relationship, if at
2   all?
3       MR. BLANKENSHIP: Same objection. I don't
4   know what "it" is.
5   BY MR. BADWAN:
6   Q   How did the phone calls that Green Tree
7   made to Tommy and you and your father affect your
8   relationship with Tommy, if at all?
9       MR. BLANKENSHIP: Object to the form of the
10  question.
11  A   It was just very strenuous. It was
12  ongoing. I mean just everything has been ongoing.
13  So I mean I just go back to that it's been a
14  complete waste of my time, my energy, my efforts. I
15  have a great dedication to my job and the work that
16  I do, and it was interrupting that. It was
17  something to stress about, you know, was this really
18  over; was the service he paid for really completed
19  and everything done.
20  BY MR. BADWAN:
21  Q   Does Tommy have any children?
22  A   Yes, he does.
23  Q   How old is the child?

Page 78

1   A   Three.
2   Q   One child or --
3   A   One child is his. The other is his
4   stepdaughter.
5   Q   Would Green Tree ever call Tommy in the
6   presence of his child?
7   A   Often.
8   Q   Would Tommy's demeanor change after the
9   phone calls?
10      MR. BLANKENSHIP: Object to the form of the
11  question, the foundation.
12      MR. BADWAN: You can answer the question.
13  Q   And specifically speaking, we are talking
14  about 10 to 15 calls that you -- or any calls you
15  witnessed Tommy take from Green Tree after December
16  of 2011.
17      MR. BLANKENSHIP: Object to the lack of
18  foundation.
19  A   Yeah. I mean he would be annoyed, or he
20  might get short after it. I mean it's -- that
21  somebody pesters somebody for so long, you get
22  annoyed with it, and you would expect that type of
23  behavior to follow. Did it last an exuberant amount
24  of time? No. But I mean it was something that

Page 79

1   there was a stressor there of phone call, reaction.
2   BY MR. BADWAN:
3   Q   Considering you took some of these phone
4   calls or you answered some of these phone calls,
5   what was in your opinion Green Tree's motive for the
6   call?
7       MR. BLANKENSHIP: Object to the form of the
8   question, lack of foundation, speculation.
9       MR. BADWAN: These are all after December
10  2011. In your opinion.
11  A   My opinion --
12      MR. BLANKENSHIP: You are asking for
13  speculation. Same objection, objection, lack of
14  foundation, speculation.
15  BY MR. BADWAN:
16  Q   I am not asking you why Green Tree called
17  you. In your opinion why were they calling you?
18      MR. BLANKENSHIP: You are asking her to
19  speculate. That's what asking for an opinion is.
20  BY MR. BADWAN:
21  Q   You may answer the question. What was the
22  message relayed to you --
23  A   In my --
24  Q   What was the message conveyed to you?

Page 80

1   A   My interpretation, based on what they said,
2   every single time, was to collect a debt or to find
3   Tommy to collect a debt, so end being they wanted
4   money.
5       MR. BADWAN: I have no further questions.
6       MR. BLANKENSHIP: I have a couple
7   follow-ups.
8            REDIRECT EXAMINATION
9   BY MR. BLANKENSHIP:
10  Q   How do you know that Green Tree told your
11  father about Tommy's bankruptcy?
12  A   Because my father then talked to me and
13  brought it up to me.
14  Q   Okay. Are you engaged to Tommy to be
15  married?
16  A   Not formally.
17  Q   Informally?
18  A   I have a ring.
19  Q   Okay.
20  A   There's never been a proposal.
21  Q   But you have a ring?
22  A   I do.
23      MR. BLANKENSHIP: Okay. Thanks. No
24  further questions.

TOMMY ROBISON vs.
GREEN TREE SERVICING, LLC

MELISSA ANN WAXLER
April 2, 2014

Page 81

1     MR. BADWAN: I have nothing.  You are done.
2     THE REPORTER: What about signature?
3     MR. BADWAN: I will waive.  Well, actually
4  I am not her counsel.  I will waive signature.
5
6          (WITNESS EXCUSED.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 82

1  STATE OF ILLINOIS)
                    ) SS.
2  COUNTY OF C O O K)
3        I, SUZANNE THALJI, CSR and Notary Public in
4  and for the County of Cook and State of Illinois, do
5  hereby certify that on April 2, 2014, at 9:22 a.m.,
6  at 150 North Michigan Avenue, Suite 2130, Chicago,
7  Illinois, the deponent MELISSA ANN WAXLER personally
8  appeared before me.
9        I further certify that the said MELISSA ANN
10  WAXLER was by me first duly sworn to testify and
11  that the foregoing is a true record of the testimony
12  given by the witness.
13        I further certify that the deposition
14  terminated at 10:58 a.m.
15        I further certify that I am not counsel for
16  nor related to any of the parties herein, nor am I
17  interested in the outcome hereof.
18        In witness whereof, I have hereunto set my
19  hand and seal of office this 9th day of April, 2014.
20
21
22                    Notary Public
23
24  CSR No. 084-002337 - Expiration Date:  May 31, 2015

TOMMY ROBISON vs.
GREEN TREE SERVICING, LLC

MELISSA ANN WAXLER
April 2, 2014

## $

**$75 (1)**
14:11

## A

**abbreviation (1)**
19:12
**able (11)**
13:20,21;14:1;15:21;
25:11;26:8,11;33:24;
44:8;50:2,13
**abrupt (2)**
24:17;25:24;68:14;
72:2
**absolutely (1)**
70:21
**access (2)**
58:12,20
**account (5)**
30:23;41:17;53:13;
75:21;76:6
**acquired (1)**
67:2
**across (1)**
73:23
**actual (2)**
27:16;44:10
**actually (17)**
20:9;24:7,23;26:3;
27:11;34:18;38:5;39:8;
43:18;44:13;49:22;
54:9;64:20;65:14,16;
68:19;81:3
**address (3)**
5:16;10:12;30:12
**adjective (1)**
67:16
**adjunct (1)**
7:24
**affect (5)**
55:14;56:1;71:13;
77:2,8
**affiliated (1)**
32:4
**again (21)**
18:8,14,19;23:23;
24:4;25:21;37:5,13;
38:19;46:7;50:16;51:1,
19;55:22;56:21;62:14;
64:7;68:17;72:5,22;
73:7
**against (1)**
4:14
**ages (1)**
6:13
**aggressive (1)**
51:17
**ago (8)**
6:2,3,5;9:17;25:4,8;
65:11,11

**agreement (1)**
4:10
**ahead (1)**
62:10
**ahold (2)**
52:23;67:10
**alleged (3)**
26:18;41:6;49:23
**allegedly (1)**
26:22
**alleges (3)**
12:19;13:4;38:22
**along (4)**
22:12;55:8;70:20;
75:17
**alternate (1)**
73:17
**alternative (1)**
8:6
**always (4)**
20:4;32:2;44:16;
75:19
**America (3)**
35:1,11;37:20
**American (1)**
7:4
**amount (2)**
21:17;78:23
**amounts (1)**
17:4
**ANN (3)**
4:1,7,9
**annoyance (1)**
56:2
**annoyed (2)**
78:19,22
**Annoying (2)**
67:22;70:14
**answered (6)**
13:22;39:10;50:5;
65:22;68:19;79:4
**anticipate (1)**
22:19
**anymore (2)**
19:7;55:12
**appear (2)**
37:8;48:18
**appears (4)**
30:22;35:24;41:8;
49:21
**apply (1)**
18:9
**approximate (3)**
51:9;65:9,12
**approximately (3)**
8:18;66:3;70:22
**approximation (1)**
25:5
**April (3)**
30:24;44:22;45:22
**area (6)**
19:11;31:22,24;
44:18;49:2,15

**Arizona (1)**
49:20
**around (9)**
8:20,20,23;9:21;
32:20;51:24;54:12;
72:15;74:2
**arranging (1)**
19:24
**aside (2)**
25:18;52:5
**assist (1)**
14:4
**assistance (1)**
59:9
**associated (1)**
14:5
**assume (4)**
33:9;42:5;56:24;
57:5
**assuming (1)**
39:13
**AT&T (3)**
15:6,21;42:15
**attempt (2)**
21:9;70:5
**attempted (1)**
63:8
**attempting (3)**
18:22;21:11;60:20
**attention (1)**
46:3
**August (2)**
34:23;46:19
**authorization (3)**
17:11,23;21:1
**authorized (7)**
17:16,24;20:20;23:4;
24:12;75:20;76:6
**automated (1)**
33:5
**automatic (1)**
17:9
**availability (1)**
30:20
**available (1)**
53:11
**Avenue (2)**
10:4;53:5
**avoid (1)**
57:5
**aware (3)**
16:18;49:24;63:23
**away (1)**
10:17

## B

**back (15)**
11:5;14:2;16:15;
17:21;18:1,18;25:12;
29:2;33:5;37:23;47:12,
18;61:15;67:9;77:14
**bad (1)**

60:8
**Badwan (30)**
5:10,13;11:15;60:15;
62:23;64:5,14;66:10,
13;67:4,19,24;68:5,11;
69:3,22;70:1;71:11;
72:20;77:1,6,21;78:12;
79:2,9,15,20;80:5;81:1,
3
**balance (1)**
22:12
**Bank (3)**
34:24;35:11;37:19
**bankruptcies (1)**
60:23
**bankruptcy (65)**
16:19,22,23;18:6,21;
19:2,23;21:4,8,24;
22:17;23:17,21;24:2,
24;25:17;26:6,10,13,
20;27:5;30:3,4;38:23;
40:24;41:7;50:23;
51:21;52:2,6,10,13;
54:1,15;55:9,12,20,23;
56:17,22,24;57:4,18;
59:17;60:2,17;62:2;
63:20,22;64:2,11;70:6,
7,8,17;71:8;72:4,9,15;
73:13,14;74:8,16,19;
80:11
**Bartlett (1)**
5:18
**based (1)**
80:1
**basically (1)**
7:14
**basis (1)**
67:3
**became (3)**
9:16;44:18;51:18
**begin (1)**
75:1
**beginning (1)**
35:6
**behalf (7)**
18:1;20:21,24;23:4;
40:20;61:21;65:13
**behavior (1)**
78:23
**behind (4)**
51:14;53:2;63:1,5
**belonged (1)**
34:2
**belongings (1)**
58:13
**best (2)**
24:21;74:18
**better (1)**
21:18
**Beyond (2)**
6:17,18
**big (1)**
56:7

**bill (9)**
14:24;15:1,14;46:17,
19,22;47:4;48:3;49:22
**bills (5)**
14:6,8,13;15:5;50:13
**birth (1)**
5:19
**BLANKENSHIP (34)**
4:5,8,13;5:14;11:7,
11;29:1,6;60:11;62:8;
64:3,12;66:8,12,16;
67:17,23;68:3,8,22;
69:20;71:9;72:18;
76:23;77:4,10;78:10,
17;79:7,12,18;80:6,9,
23
**blinking (1)**
19:8
**blunt (1)**
68:14
**bolted (1)**
58:14
**both (4)**
11:2,3;37:13,14
**bottom (1)**
48:7
**bought (1)**
47:2
**boy (1)**
6:15
**break (2)**
5:5;43:3
**brief (1)**
39:12
**bring (5)**
10:8,13;29:11,16;
37:15
**brother (1)**
73:23
**brought (5)**
10:19;22:4;29:21;
40:19;80:13
**business (2)**
40:17;60:10

## C

**calculating (1)**
13:6
**call (76)**
12:12,12;16:15;17:6,
9,22;19:1,13,19,24;
22:12;23:5;24:6,10;
27:3,7,13,17,20;32:23;
33:15,17;38:1,4;39:9,
22;41:6,8,10,18,22;
42:3,19;43:9,19,21,23;
44:13,20,21,23;45:1,3,
5,21;46:10,12;47:22,
24;48:7,20,21,22;49:7,
10;53:16,21;56:8;58:9,
9;61:5;65:7;66:6,24;
67:2,16;70:13;71:7;

BISTANY REPORTING SERVICE
(312) 551-9192

TOMMY ROBISON vs.
GREEN TREE SERVICING, LLC

MELISSA ANN WAXLER
April 2, 2014

72:5,10,16,23;73:19;
78:5;79:1,6
**called (7)**
13:13;20:19;23:7,9;
54:5;58:21;65:10;73:7;
79:16
**caller (3)**
28:8,12;44:14
**calling (16)**
20:11,13,24;32:6;
53:14,21;55:12,13;
64:20;69:5,7,13;72:14,
17;73:6;79:17
**calls (100)**
12:20;13:5,7,11,21;
15:17;16:6,9,12,23;
18:6,22;19:5;20:20;
22:2,10;23:17,23;24:5,
8,22;26:3,5,18,19,22;
32:15,17;33:12,19,20;
34:13,16,17;37:24;
38:14,21,23;39:2,7,19;
40:3,7,10,13;43:1,7,14,
17;44:2,6,45:13;46:3,
5;48:4;49:22;50:1,5;
51:2,10,15,18,24;52:5;
53:8,17,18;54:24;55:4,
14,16,19;56:1,16;
57:17,22;58:2;59:11;
64:18;65:23;66:14;
67:20;68:1,7,18,19,21;
69:23;70:24;71:5,16,
21;76:8,16;77:7;78:9,
14,14;79:4,4
**came (5)**
42:4;45:22;60:7;
72:10,16
**can (32)**
4:24;10:19,21;17:3,
15,15;18:11;21:12;
24:22;25:5;26:14;27:7;
31:14;38:12;39:6,16;
40:15;41:12;51:7,9;
53:7;58:6,7;60:16;
64:6;66:9,19;67:14;
70:1;75:2,18;78:12
**care (7)**
20:6;22:13,14;52:14;
53:1;55:10;57:23
**carriers (1)**
15:11
**case (2)**
12:8,9
**Catalpa (6)**
5:17;8:15;9:1,6,10,
22
**C-a-t-a-l-p-a (1)**
5:17
**caught (1)**
64:6
**cause (1)**
56:17
**caused (2)**

59:10;76:11
**cc (1)**
43:21
**cell (31)**
14:1,6;15:10,12;
19:14,14,17;26:23;
31:11,13,15,23;36:10,
11;38:24;40:4;41:8;
42:3,20;43:21;44:17,
22;45:2,21;46:11;47:1,
22;48:12;50:5;54:6;
55:5
**certain (4)**
24:9;29:12;32:12;
34:16
**certains (1)**
25:3
**change (5)**
42:15;62:19;76:9,21;
78:8
**changed (3)**
41:17;42:12;54:20
**child (4)**
77:24;78:2,3,6
**children (2)**
6:9;77:22
**chose (1)**
76:7
**circled (3)**
33:1,15,19
**claim (2)**
4:16;12:4
**claims (1)**
57:13
**clarify (1)**
21:12
**classes (1)**
8:11
**classify (1)**
67:15
**clear (1)**
47:3
**cleared (1)**
22:24
**Clifton (3)**
10:4;30:12;53:5
**closed (1)**
75:8
**code (3)**
44:18;49:2,15
**codes (3)**
19:11;31:22,24
**collect (8)**
12:21;19:5;21:9,20,
24;27:10;80:2,3
**collection (2)**
51:15;68:1
**College (1)**
7:8
**Colm (4)**
36:7,12;40:5,8
**Colm's (2)**
40:4,4

**color (1)**
28:22
**comfortable (1)**
59:15
**coming (4)**
22:19;37:6;48:15;
57:22
**common (1)**
43:9
**Community (1)**
7:8
**companies (4)**
11:2;37:13,14;50:14
**company (2)**
47:5;50:9
**comparison (1)**
43:18
**complaint (6)**
12:1;37:24;47:6,13;
48:19;49:24
**complete (4)**
18:15,16;58:1;77:15
**completed (2)**
50:19;77:19
**concern (2)**
40:15,19
**conclude (1)**
44:9
**concluded (1)**
34:15
**Concordia (4)**
7:6,20,24;8:10
**confirm (1)**
50:21
**consecutive (1)**
43:1
**consider (2)**
63:11;68:1
**considerably (1)**
58:18
**Considering (1)**
79:3
**consistent (3)**
68:15,21;75:20
**consists (1)**
29:20
**constant (1)**
56:4
**consulted (1)**
61:12
**consulting (1)**
60:21
**contact (7)**
12:13;20:16;35:21;
41:14;53:12;74:4;
75:21
**containing (1)**
37:9
**contend (1)**
48:22
**continue (1)**
71:1,2
**continuing (1)**

70:1
**conversation (15)**
20:5;24:23;27:12;
39:8;40:22;41:13;
42:22;43:23;51:1;
53:23;66:3,4,7;67:5;
71:14
**conversations (19)**
12:15;20:3;21:7,22;
22:16,22;24:5;25:16,
19;36:21;39:12;40:13;
50:22;51:4;52:7,9;
54:3,18;70:10
**converse (1)**
20:9
**conveyed (1)**
79:24
**copies (3)**
10:22;11:8;15:5
**copious (1)**
17:4
**copy (3)**
11:24;15:2;31:6
**cordial (1)**
25:20
**corresponds (1)**
48:19
**costs (1)**
14:4
**couch (1)**
9:23
**counsel (5)**
5:8;14:17;45:16;
71:5;81:4
**counseling (2)**
30:21;59:11
**counselor (3)**
41:17;59:11;62:19
**County (1)**
59:3
**couple (2)**
11:8;80:6
**course (2)**
39:5;43:5
**court (2)**
4:23;12:1
**cover (3)**
27:22;46:23;74:24
**crossed (3)**
32:12;33:23;34:1
**CROSS-EXAMINATION (1)**
60:14
**customer (5)**
25:24;51:6,17;54:21;
62:12
**cutoff (1)**
11:1

**D**

**date (16)**
5:19;6:2;23:20,23;
24:3;25:3,14,15,18,21;

26:4,10;51:8,9;58:7,11
**dated (6)**
26:20;30:6,19,24;
36:16;37:18
**dates (1)**
14:2
**date-wise (1)**
60:22
**daughter (1)**
9:4
**day (8)**
8:7;43:5;46:9;58:21;
71:21;72:24;73:1,7
**days (2)**
24:1;43:1
**dead (1)**
58:14
**deal (3)**
24:12;54:21;59:23
**dealing (5)**
17:5;24:11;56:5;
57:11;63:17
**debt (5)**
12:22;23:15;27:10;
41:15,18;52:16,23;
53:2;60:24;66:19;67:9,
12;69:1;80:2,3
**December (11)**
7:16;25:1;26:14;
61:9;63:20;65:4,6,12;
71:8;78:15;79:9
**decided (2)**
34:8;61:13
**decisions (1)**
34:17
**declining (1)**
36:18
**dedication (1)**
77:16
**defendant (1)**
12:21
**definite (1)**
26:7
**degree (2)**
7:10,15
**demand (2)**
68:21;71:3
**demeanor (2)**
71:7;78:8
**denied (1)**
69:18
**depended (1)**
68:14
**depending (1)**
24:13
**deposed (1)**
4:17
**deposition (4)**
4:9;10:7;11:13;29:4
**describe (2)**
62:7;67:16
**described (1)**
38:23

**determine (1)**
34:11
**dial (1)**
33:4
**difference (1)**
44:8
**different (9)**
14:7;16:3;24:2;
65:23;71:12;72:24;
73:1,6,7
**differentiate (3)**
51:20;56:21;57:16
**dinner (1)**
17:7
**DIRECT (3)**
4:4;12:18;46:2
**Discussion (1)**
11:10
**discussions (1)**
50:18
**disregarded (1)**
52:15
**District (2)**
7:20;8:5
**divorce (1)**
6:3
**divorced (1)**
6:4
**divulged (1)**
56:15
**document (4)**
30:15,18;31:3;76:4
**documentation (3)**
45:4,6,10
**documented (1)**
50:8
**documents (11)**
18:10;29:12,18,21;
30:4;34:23;37:8,9,17;
46:6;61:16
**done (10)**
32:19;55:10;57:24;
71:15;72:4,5,8;76:20;
77:20;81:1
**door (1)**
58:14
**down (4)**
4:24;31:19;32:11;
35:8
**drilled (1)**
58:13
**driveway (1)**
58:22
**due (5)**
21:10;22:6,13;51:2;
59:13
**duly (1)**
4:2
**during (11)**
18:6;19:15;22:1;
27:12;43:3,5;56:3,4;
66:4;71:19,21
**dynamic (1)**

73:22

## E

**earlier (1)**
63:4
**easily (1)**
20:8
**education (5)**
6:16,21;7:14;8:11,12
**educational (1)**
6:22
**ee (1)**
44:21
**efforts (3)**
37:20;57:4;77:15
**Eight (4)**
6:2,3,4;8:21
**either (6)**
26:23;37:19;38:24;
42:9;59:14;76:2
**electronically (1)**
28:21
**Elgin (2)**
7:8;53:6
**eligible (1)**
51:14
**else (2)**
59:16;62:20
**employed (3)**
7:17,22;8:12
**enclosing (1)**
34:23
**encountered (1)**
62:18
**end (8)**
19:16;27:19;33:14;
50:6;61:9;71:22;76:16;
80:3
**ended (2)**
11:4;60:5
**energy (1)**
77:15
**engaged (1)**
80:14
**envelope (1)**
62:22
**envelopes (2)**
18:12;37:7
**especially (2)**
43:13;59:19
**essentially (1)**
34:15
**estimate (1)**
66:1
**even (9)**
11:4;19:7,19;23:20;
24:1;28:3;43:5;51:12;
67:1
**evening (1)**
43:6
**events (3)**
25:11;56:4,21

**eventually (3)**
23:24;41:2;69:9
**exact (7)**
6:2;23:20;51:1,8;
54:11;58:7;60:22
**exactly (2)**
66:6;73:18
**EXAMINATION (2)**
4:4;80:8
**examined (1)**
4:2
**example (3)**
15:3;27:3;37:1
**except (1)**
44:3
**exchanged (1)**
51:3
**Excuse (1)**
70:3
**EXCUSED (1)**
81:6
**exercise (1)**
47:5
**Exhibit (13)**
11:18;29:3,4,8,20;
38:21;46:17,17,18;
47:3,13;48:2,21
**Exhibits (1)**
50:12
**expect (1)**
78:22
**expense (1)**
36:2
**expressed (3)**
54:19;60:17;61:2
**extra (2)**
14:9,10
**extremely (2)**
57:12;60:5
**exuberant (1)**
78:23

## F

**facilitate (1)**
63:13
**fact (6)**
44:2,23;49:6,9;
58:19;60:1
**facts (2)**
4:15;71:15
**familiar (1)**
33:24
**family (2)**
56:3;73:22
**family's (1)**
63:17
**far (7)**
24:17;26:4;38:9;
39:21;56:9;65:22;75:3
**father (17)**
13:17;16:6;36:7;
40:5,13,18,24;56:9;

73:12,13;74:7,12,15,
19;77:8;80:11,12
**father's (1)**
74:24
**fault (1)**
57:8
**fax (1)**
35:14
**faxing (2)**
61:18,18
**FedEx (2)**
18:13;37:6
**felt (2)**
41:16;59:15
**few (1)**
43:10
**field (1)**
8:13
**fifth (1)**
48:3
**file (2)**
18:15,15
**filed (31)**
12:1;16:18,22;23:16,
21;24:24;26:6,14;41:7;
51:20;52:2,6,13;53:24;
54:14;55:9,13,20;
57:18;60:16;61:4;
63:19,22;71:8;72:3,9,
14;73:13,14;74:15,19
**filing (6)**
16:23;38:22;41:1;
50:17,23;56:17
**fill (1)**
76:3
**finalized (1)**
75:9
**finally (1)**
9:18
**Finance (2)**
30:16;40:23
**financial (3)**
37:9;40:20;60:6
**find (9)**
35:13;64:8;66:18;
67:12;68:24;69:1;
73:13,16;80:2
**fine (3)**
5:16;45:17;57:15
**finish (2)**
5:2,3
**finished (2)**
71:16;72:5
**first (14)**
4:2;7:4;20:8;29:8;
32:23;33:22;34:24;
38:1;41:6,7;60:5;63:7;
69:10;73:20
**firsthand (2)**
54:4;61:17
**five (2)**
46:18;71:20
**fizzle (1)**

23:24
**focus (2)**
6:21;50:16
**focused (1)**
69:22
**focusing (1)**
55:22
**follow (1)**
78:23
**followed (1)**
61:13
**follows (1)**
4:3
**follow-ups (1)**
80:7
**foreclosure (1)**
59:18
**form (19)**
35:10;37:3,3,6;
58:23;62:9;64:3,12;
66:8;67:17;68:3,8,22;
69:20;72:18;76:23;
77:10;78:10;79:7
**formal (1)**
31:5
**formally (1)**
80:16
**forth (2)**
18:18;61:16
**forward (3)**
21:13;61:10;71:8
**forwarding (1)**
53:13
**found (4)**
29:23;50:7;73:18;
74:13
**foundation (12)**
62:10;66:9;67:18;
68:9,23;69:21;71:10;
72:19;78:11,18;79:8,
14
**four (1)**
56:20
**frequency (2)**
46:8;51:2
**frequent (2)**
31:22;32:2
**frequently (4)**
31:21;43:8;49:2;
54:20
**friction (1)**
76:12
**friendly (4)**
26:1;51:18;62:6;
68:13
**front (1)**
26:8
**frustrating (1)**
62:15
**full (2)**
4:6;9:6
**fully (1)**
9:12

TOMMY ROBISON vs.
GREEN TREE SERVICING, LLC

MELISSA ANN WAXLER
April 2, 2014

**funny (1)**
7:13
**furniture (2)**
9:22;58:4
**further (3)**
17:12;80:5,24

**G**

**gathering (1)**
13:18
**gave (9)**
11:23;16:7;22:18;
28:19;34:20;35:21;
64:16;65:18;75:15
**general (5)**
53:15;66:7,22;70:10;
76:8
**generally (5)**
46:2;66:5,14;67:21;
71:6
**gg (2)**
45:1;46:4
**girl (1)**
6:14
**given (4)**
22:5;28:7;38:9;
44:10
**gives (1)**
36:6
**giving (2)**
24:10;38:6
**goes (2)**
13:22;48:10
**graduating (1)**
8:13
**great (1)**
77:16
**greater (1)**
22:8
**Green (110)**
4:13,15;11:4;12:10,
16;13:5,13;15:18;
16:13,24;17:22;18:3,5,
22;19:1,12,24;20:11,
13,19,23;21:4,8,20,23,
23;22:16,22;23:3,9,17,
22;24:7,24;25:17;
27:12;30:5,19;32:9,15,
17;33:7,17,21;34:4,12,
16,18;35:12;36:16;
37:18,20;39:9;40:14;
48:23;49:7,7;50:1,22;
53:4,9,16,24;54:10,23;
55:14,19;56:16;57:7,
11;59:10;60:24;61:5,
21;62:4;63:4,11;64:10,
18,21;65:1,6,13,15;
66:11;69:4,13,19;
70:18;71:7,24;72:10,
16;74:9,10,12,21;
75:11;76:9;77:7;78:5,

15;79:5,16;80:10
**guess (5)**
19:21;27:2;45:23;
51:16;76:18

**H**

**half (1)**
39:11
**hand (7)**
17:9,24;18:1;59:14;
62:14,14;76:2
**handed (1)**
45:23
**handful (5)**
25:22,22,23;42:11;
70:23
**handing (1)**
17:20
**handwriting (2)**
22:20;31:16
**hang (6)**
19:10,10;24:15;
31:10;41:21;47:15
**happen (5)**
45:3;46:5;72:22;
73:5;76:1
**happened (5)**
17:13;32:3;43:7;
44:23;51:1
**happening (2)**
76:13,20
**hard (2)**
15:2;59:7
**hardship (1)**
36:1
**head (3)**
51:5,20;52:7
**hear (5)**
53:23;54:23;55:1;
70:18;71:23
**heard (8)**
52:12;53:20;54:5;
72:1,7,8;73:8;76:18
**hearing (3)**
20:5;53:20;54:4
**help (1)**
26:17
**helped (1)**
13:17
**helpful (1)**
63:12
**helping (1)**
47:5
**helps (1)**
24:3
**high (1)**
8:6
**highest (1)**
6:16
**himself (1)**
72:2
**hindrance (1)**

56:2
**hit (1)**
19:16
**hold (2)**
20:8;23:13
**hole (1)**
58:13
**home (21)**
13:22;16:2;17:6,8;
19:5,8;23:6;26:23;
27:3,14;28:5;31:23;
36:13,14;38:1,24;40:4;
57:5;59:22;63:22;
64:22
**homeownership (1)**
30:20
**honest (1)**
43:2
**Honestly (3)**
10:1;32:18;72:1
**hoping (1)**
71:16
**hours (4)**
19:15;43:13;63:16,
16
**house (19)**
9:19,20;10:11,18;
20:4,11,12,13;35:18,
19;44:16;51:12;58:5,
12,23;70:19;73:18,24;
74:1
**huge (1)**
18:13
**hypothesis (1)**
74:23

**I**

**ID (2)**
28:8,12
**idea (3)**
30:17;42:7;47:11
**identification (1)**
29:5
**identified (1)**
44:16
**identify (2)**
33:24;44:14
**ii (1)**
46:4
**Illinois (2)**
5:18;7:9
**implications (1)**
63:10
**important (1)**
52:24
**impression (4)**
49:16;57:20;70:15;
74:4
**include (1)**
19:4
**included (1)**
46:10

**incoming (7)**
19:18;32:24;43:12,
15,16;48:7;55:16
**indicated (2)**
21:19;61:20
**indicates (1)**
42:19
**individually (1)**
38:13
**Informally (1)**
80:17
**information (19)**
13:12,19;15:16,17;
16:5;22:5;24:11;37:10,
19;38:3;39:5;42:2,13;
44:5;45:16,21;56:14;
73:20;76:19
**initially (1)**
75:22
**initiated (1)**
23:5
**inquire (1)**
41:15
**inquiring (2)**
40:15;60:9
**intending (1)**
32:13
**intent (1)**
64:9
**intention (5)**
60:9,18;63:21;64:1;
67:6
**Intercontinental (1)**
7:5
**interject (1)**
17:3
**interpretation (1)**
80:1
**interrupting (1)**
77:17
**into (6)**
24:19;40:19;58:12,
15,23;60:7
**iPhone (1)**
28:16
**irate (1)**
72:6
**issue (1)**
59:13
**items (3)**
10:24;11:3;58:16

**J**

**January (5)**
41:9,10,24;42:3,20
**jj (1)**
46:4
**job (3)**
8:3,9;77:16
**July (3)**
8:16,18;46:11
**June (6)**

30:8,9,19;36:16,22;
37:18

**K**

**keep (1)**
53:21
**keeping (1)**
20:3
**kept (3)**
18:10;36:24;59:22
**kids (2)**
17:7;20:7
**kind (14)**
16:16;29:24;31:3;
33:5;35:5;37:5;50:10;
53:15;56:12,13;59:13,
21,22;71:22
**kinds (1)**
52:19
**knew (2)**
40:24;73:16
**knowing (1)**
23:23
**knowledge (5)**
4:15;47:9;63:3;
73:15;74:18

**L**

**lack (11)**
62:9;66:9;67:18;
68:9,23;69:21;71:9;
72:19;78:17;79:8,13
**landline (6)**
28:12;35:18,19;
44:17;50:3;65:19
**Lane (2)**
5:17,17
**lapse (1)**
22:7
**last (5)**
47:13;58:6,11,15;
78:23
**lasted (1)**
43:10
**lasting (1)**
41:11
**later (3)**
16:9;54:5;72:21
**lawsuit (1)**
4:14
**lawyer (4)**
55:9;60:12;72:4;
76:12
**lawyers (4)**
12:3,8,16;58:21
**lead (1)**
71:13
**leadership (1)**
6:23
**learn (1)**
41:3

TOMMY ROBISON vs.
GREEN TREE SERVICING, LLC

MELISSA ANN WAXLER
April 2, 2014

**learned (1)**
75:23
**least (6)**
9:7;22:7;39:11;
48:18;54:3;70:23
**leave (1)**
9:18
**left (5)**
9:20;23:2;25:23;
38:2;48:8
**legal (4)**
58:20;60:21;61:12,
13
**lender (1)**
35:15
**lengths (1)**
44:6
**letter (1)**
34:22
**level (1)**
6:16
**likely (4)**
33:9,16;39:11;52:8
**limit (1)**
69:16
**line (4)**
13:22;21:1;27:14;
28:6
**lines (3)**
55:8;70:20;75:17
**link (1)**
44:19
**list (1)**
13:10
**listed (2)**
20:16;39:3
**listen (1)**
19:7
**literally (3)**
17:19;35:7;43:13
**little (3)**
35:9;48:6;49:3
**live (3)**
8:24;10:3;73:22
**lived (3)**
8:15;9:5;53:5
**living (2)**
9:12,15
**ll (1)**
46:4
**loan (18)**
18:9,23;19:2;21:5,
11;22:3;34:24;36:18;
37:12,21;51:22;60:18,
20;61:16,24;69:17;
70:5;75:1
**loans (4)**
16:24;18:23;23:18;
52:22
**location (1)**
66:21
**locks (1)**
58:14

**long (7)**
6:7;8:15;9:5;43:1;
61:15;65:18;78:21
**longer (5)**
28:3,5;41:13;51:16,
16;53:5
**longest (2)**
43:15,16
**look (11)**
13:9;25:10,12;26:8,
9,15;31:2;41:5;46:16;
47:12;48:2
**looking (14)**
22:10;23:12;25:8;
27:9,9;31:21;32:14;
37:24;38:1,5;40:16;
43:17;47:17;51:11
**looks (6)**
11:22;14:22;30:5;
34:22;36:15,17
**losing (1)**
57:5
**lot (6)**
18:17;19:14;27:17;
60:6;61:19;76:11
**loud (2)**
4:23;55:2
**lying (1)**
74:2

# M

**machine (4)**
13:23;19:7;22:24;
25:23
**mail (2)**
76:4,5
**mailed (1)**
15:1
**main (4)**
8:3;9:13,16;60:23
**making (2)**
18:9;34:13
**many (15)**
6:11;16:16;18:11,22;
19:5;21:4;25:7;10;
50:8;53:23;54:8;65:9,
14,23;70:22
**March (3)**
27:4;38:4;43:22
**marital (1)**
59:11
**mark (5)**
29:2;32:16;33:1;
48:6;49:3
**marked (5)**
11:17;14:15;29:5,7;
46:17
**marks (1)**
32:21
**marriage (1)**
60:5
**married (7)**

5:21,23;6:1,7;8:20;
73:10;80:15
**Marshall (1)**
4:12
**Master's (5)**
6:17,18,20,21,22
**matter (7)**
5:13,14;50:14;51:3;
55:10;59:21;66:23
**matters (3)**
40:20;63:18;76:7
**may (9)**
10:11;12:11;45:2;
53:14;60:12;72:2;
75:13,16;79:21
**maybe (4)**
14:9,10;26:17;59:6
**McCarthy (1)**
36:7
**McCarthy's (1)**
36:13
**mean (38)**
9:14;10:12;11:22;
14:21;19:6;20:4;24:9;
25:7,8,13;27:17,18;
28:15;35:13;40:16;
43:4,6,12;45:8,23;
52:17;53:18;56:2,6,7,
19;57:10;60:4;70:9;
71:18,20;73:16;75:14;
77:13,14;78:19,20,24
**MELISSA (3)**
4:1,7,9
**Melissa's (7)**
27:3;41:8;42:20;
43:21;44:22;45:1;
47:22
**memorizing (1)**
44:19
**mentioned (1)**
4:14
**message (4)**
12:11;33:6;79:22,24
**messages (1)**
19:9
**might (17)**
14:8;16:1,14;24:8;
26:11;37:15;40:1;
43:16;44:8;53:11;54:5;
58:3;65:16;71:12;73:1,
3;78:20
**mind (2)**
20:3;25:18
**mine (6)**
14:8;31:11,18;32:4;
53:10;76:18
**Minneapolis (2)**
32:4;49:17
**Minnesota (1)**
49:17
**minute (2)**
10:21;39:13
**minutes (8)**

20:9;41:9,11;42:21;
44:2,3,4;72:21
**missing (3)**
47:8,10;63:10
**mission (1)**
64:17
**misspoke (1)**
13:2
**mistake (1)**
13:1
**mm (1)**
46:4
**modification (27)**
11:2;18:9,23;19:2;
21:5,11;22:3;34:24;
35:7;36:18,22;37:12,
21;51:22;60:19,20;
61:6,16,24;62:6;63:1,6,
7;64:17;69:17;70:5;
75:1
**modifications (1)**
50:18
**modifying (1)**
30:3
**money (7)**
21:8;9:24:18;52:11;
67:9;71:3;80:4
**monies (1)**
58:1
**month (2)**
8:14;25:15
**months (2)**
22:7;51:14
**More (10)**
8:21;10:23;40:17;
43:10;51:16;54:3,20;
56:7;73:15;74:4
**mortgage (9)**
21:10;23:18;34:24;
51:13;63:1,5;64:11;
67:11;75:6
**Most (9)**
18:7;33:9,16;39:11;
40:21;44:2;52:8;65:17,
20
**mother (2)**
47:2;73:24
**motive (2)**
60:23;79:5
**move (1)**
9:22
**moved (2)**
58:4,6
**moving (1)**
61:9
**much (7)**
10:10;19:6;21:12,13;
29:14;57:11;67:14
**myself (3)**
13:17;52:12;72:7

# N

**name (4)**
4:6,12,13;50:24
**nature (5)**
34:14;53:3;59:13,18;
67:15
**need (8)**
5:5;17:17,23;21:17;
26:9;57:10;67:10,12
**needs (4)**
8:8;41:18;52:24;
53:1
**negative (1)**
56:12
**neither (1)**
33:10
**new (1)**
18:13
**next (3)**
13:9;35:24;36:15
**nine (1)**
8:21
**none (3)**
27:21;50:2;51:4
**nontangible (1)**
23:2
**nonworking (1)**
33:6
**Northern (3)**
7:8,10;8:13
**nosy (1)**
74:3
**notations (2)**
16:10,11
**notes (5)**
22:15,20;39:18,21;
40:1
**nother (1)**
62:21
**notice (3)**
4:10;36:16;37:18
**notices (1)**
30:3
**notification (1)**
30:20
**number (37)**
12:13;13:6;20:15,16;
23:13;24:22;31:15;
33:5;35:14,16,17,21,
22;36:9,10,11,12,13,
14;39:17;44:15;46:24;
47:1,2;48:15;49:8;
53:13,22;54:11;66:20;
67:1,2;74:21,23,24;
75:12,19
**numbers (12)**
13:11,13;19:11;32:8,
12,14;33:11,23;44:18;
49:2,13;75:3

# O

**object (13)**
62:8;64:12;66:8;

67:17;68:8,22;69:20;
72:18;76:23;77:10;
78:10,17;79:7
**Objection**
64:3;68:3;70:2;71:9;
77:4;79:13,13
**objections (3)**
66:12,16;67:23
**obtain (2)**
15:21;50:3
**obvious (1)**
30:2
**obviously (3)**
21:3;35:10;56:7
**occurred (5)**
25:11;26:3,6;46:12;
57:17
**odd (3)**
33:13;35:9;50:10
**off (4)**
11:10;38:2;69:18;
76:3
**offer (1)**
36:19
**often (2)**
62:19;78:7
**old (6)**
6:14,15;15:5;28:10;
42:13;77:24
**once (6)**
15:13;22:10;24:9;
28:23;56:8;67:1
**one (46)**
7:2,4,5;14:11;15:11,
11;16:14;17:6;19:17;
20:2,6,14,17;28:4;
30:24;31:22;32:1,2;
34:7;35:10,12,15;
37:14;38:1,13;41:8;
42:12;43:15,16;44:1;
45:5;46:8;47:15,17;
49:1,12;52:21;61:18;
63:19;64:20;65:1;
67:16;71:18,19;78:2,3
**ones (6)**
25:20;32:3;33:23,24;
34:1;51:6
**ongoing (3)**
36:23;77:13,13
**online (1)**
31:6
**only (11)**
13:21;27:18;42:5,10;
44:8;49:22;61:17;
64:22,22;73:21;75:2
**opinion (5)**
79:5,10,11,17,19
**opposed (2)**
21:10;39:9
**option (2)**
22:11;70:16
**order (2)**
30:3;51:14

**organized (1)**
18:10
**originals (1)**
29:2
**others (1)**
59:17
**other's (1)**
56:11
**ourselves (1)**
70:10
**out (33)**
4:23;18:13;23:24;
25:17,19;27:15;28:17;
32:12;33:23;34:1;
35:14;43:20;45:5;50:7;
51:5,16;52:7;56:8;
58:1,4,13;60:5;61:5;
64:8,24;65:13;67:12;
73:14,19,24,24;74:13;
76:3
**over (11)**
9:14;12:20;13:5,6;
18:14;37:6,6;39:5;
45:23;55:11;77:19
**owe (3)**
21:13,16;52:16
**owed (8)**
21:9;23:14;41:18;
58:1;60:24;67:9,12;
69:1
**owes (5)**
21:17;52:23;53:2;
66:19;67:10

# P

**page (18)**
12:19,23;13:10;
29:12,24;30:14;32:11,
21,23;35:24;36:15;
47:8,10,19;48:3,3,8,21
**pages (2)**
29:8;33:22
**paid (1)**
77:19
**paper (1)**
17:15
**papers (1)**
10:8
**paperwork (1)**
18:8
**paragraph (9)**
12:18;13:1,4,10;
26:15;38:20;39:20;
47:14;49:23
**paragraphs (2)**
39:3;40:4
**parent (2)**
40:23;56:11
**parents (6)**
14:4,10;56:15;59:20,
24;60:8
**Part (8)**

14:8,9;15:9;22:5;
35:5;37:11,20;47:5
**parties (1)**
4:11
**party (1)**
40:7
**past (4)**
22:6,13;24:1;46:14
**paste (1)**
31:6
**pay (5)**
41:16;53:2;67:13,13,
14
**payment (4)**
21:20,24;24:18;
63:10
**payments (2)**
63:2,6
**people (4)**
24:16;25:20;32:6;
33:12
**per (1)**
17:19
**perception (2)**
59:16;76:9
**perceptual (1)**
56:12
**period (12)**
16:22;19:4;27:22;
38:16,18,18;46:19;
50:17;51:20;52:1,1;
55:22
**person (13)**
19:10,10;20:10,22;
24:14;52:20;53:12;
54:21;62:12;68:15,15;
75:20;76:6
**Personal (4)**
30:16;36:6;37:9;
40:23
**personally (1)**
65:10
**pertain (1)**
10:11
**pertaining (1)**
29:15
**pesters (1)**
78:21
**Philadelphia (1)**
49:15
**phone (132)**
12:12;13:10,21;14:1,
6;15:10,12,20;16:3,11;
17:10,20;19:6,14,14,
17;22:1,10,12;23:13;
25:12;26:11,23,24;
27:3,14,21;28:5,10,14,
15;31:3,7,9,11,13,15,
23;32:24;33:10,11,20,
23;34:13,21;36:11,13,
14;37:24;38:2,5,5,8,9,
24;39:1,22;40:4,5,7;
41:9;42:3,5,6,9,14,20,

21;43:7,14,17,22,23;
44:6,12,15,16,17,22;
45:2,5,21;46:11,17,19,
24;47:1,1,2,2,4,5,22;
48:3,18;49:22,24;50:4,
5,9,12,13;54:6;55:2,5;
57:17,22;58:2;59:11;
64:17;65:21;66:5,20,
24;68:18,18;69:12,18,
23;70:12;71:21,24;
73:19;75:12,18;76:3,
16;77:7;78:9;79:1,3,4
**phones (3)**
15:14;42:12;46:22
**photographs (1)**
42:11
**photographs (1)**
42:11
**pick (2)**
45:5;66:4
**picked (1)**
27:16
**picture (4)**
28:7,12;38:6,6
**pictures (7)**
28:9,13,14,17,18;
44:9,12
**placed (2)**
43:17;55:4
**placement (2)**
7:23;8:2
**plaintiff (1)**
12:20
**plan (1)**
15:15
**plans (1)**
16:2
**play (1)**
60:7
**please (16)**
4:6;24:10;29:3;
53:14,21,21;55:12,13;
64:5,14;66:23;68:12;
71:11;72:14,17,20
**ploy (1)**
41:16
**pm (10)**
32:24;41:9,11;42:4,
21;43:22;44:22;45:2;
47:23;48:22
**point (23)**
9:9;15:11,11;20:7,
14;22:19;24:9;28:4;
41:20;43:6;51:15;
60:17,19;63:12,19,21;
64:20;65:1;67:5;69:9;
71:18,19;73:12
**polite (1)**
24:14
**poorly (1)**
60:5
**portion (1)**
8:3
**possession (1)**
29:16

**Possibly (2)**
11:20;12:11;20:2
**post-2011 (1)**
67:20
**post-bankruptcy (2)**
50:17;69:24
**post-December (3)**
68:6,17;69:23
**pre-bankruptcy (1)**
38:16
**pre-filing (1)**
38:18
**prefix (1)**
65:21
**preparation (2)**
11:12;12:4
**prepare (3)**
10:6;45:22;47:6
**preparing (1)**
17:7
**presence (3)**
64:23;72:14;78:6
**present (8)**
23:10;40:9;54:9;
69:12;72:9,15;73:3,5
**presently (2)**
7:17;8:24
**press (1)**
50:6
**pretty (4)**
10:1,10;29:14;57:11
**previously (2)**
11:18;14:15
**primary (1)**
11:5
**printable (1)**
38:9
**printed (2)**
15:2;28:17
**printer (1)**
28:22
**printout (1)**
44:10
**printouts (1)**
14:2
**Prior (11)**
16:22;19:1,23;21:3,
8,24;22:16;26:20;
38:19,22;42:17
**private (2)**
7:23;8:2
**privy (2)**
19:22;40:17
**probably (17)**
8:20;22:1,4;25:13,
22,23;27:8;28:1,16,20,
23;38:10;39:13;49:9;
50:8;54:2,12
**problem (1)**
62:18
**problems (1)**
60:6
**process (4)**

25:9;34:23;75:2;
76:15
**produce (1)**
50:11
**produced (5)**
14:17;27:22;42:7;
45:10;47:9
**professor (1)**
8:1
**project (2)**
32:22;34:9
**property (10)**
20:1;21:9;58:15,20;
64:2,10;67:7;71:4;
75:5,9
**proposal (1)**
80:20
**provide (1)**
13:24
**provided (4)**
15:16,17;37:19;44:6
**providing (1)**
13:12
**public (2)**
8:5,7
**pulled (2)**
16:5;27:15
**purchased (1)**
75:5
**pursuant (1)**
4:10
**pursued (1)**
70:16
**put (7)**
10:17;21:1;32:7;
33:1;49:3;55:3;76:21
**putting (2)**
52:5;60:9

**Q**

**quick (1)**
10:2
**quickly (2)**
14:15;46:1
**quite (6)**
24:17;25:24;36:23;
43:2,18;51:7

**R**

**reach (2)**
23:14;39:16
**reaching (2)**
64:24;65:13
**reaction (4)**
59:20;60:1;72:3;
79:1
**ready (1)**
17:8
**really (14)**
22:19;41:18;52:10,
24;55:2;57:23,24;

59:15;61:15;62:11;
70:13;72:7;77:18,19
**reason (2)**
19:21;61:17
**recall (23)**
11:21,22;12:6,14;
23:19,20;27:7;39:4;
41:4,10,22;42:16,21,
24;43:22;44:23,24;
49:5;50:21;52:6;54:8,
17;60:16
**receive (3)**
6:24;7:3,15
**received (15)**
7:10;12:20;13:5,11;
15:18;16:6;19:19;29:9;
46:8;48:22;53:17;
64:17;65:23;73:20;
74:5
**receiving (2)**
71:20;76:16
**recognize (1)**
49:1
**recognized (1)**
65:21
**recollect (1)**
53:7
**recollection (3)**
39:2;40:12;47:24
**recollections (1)**
24:21
**recommendation (1)**
61:14
**record (14)**
4:8;11:10;13:24;
27:23;28:11;31:7,13;
32:24;33:20;34:21;
38:8;48:18;50:7;62:9
**recordings (1)**
22:21
**records (23)**
10:9,13;14:12,19;
15:13,20;16:11;19:18,
21;25:12;26:11;27:16,
21;31:3;32:16;34:19;
38:10;39:19;42:5,6,9;
44:11;49:24
**recover (2)**
13:21;50:13
**REDIRECT (1)**
80:8
**reference (3)**
24:3;25:2;61:9
**references (1)**
36:6
**referring (4)**
14:7,20;24:4,5
**reflect (2)**
4:8;48:4
**reflected (12)**
29:12;34:18;38:15;
39:7,19;40:3;42:6;
44:3,4;45:13;46:3;

48:21
**reflecting (1)**
56:12
**reflects (2)**
44:21;45:1
**refrain (1)**
46:14
**regarding (9)**
16:24;18:22;19:24;
23:18;36:21;38:3;
45:21;50:18;66:19
**regular (1)**
67:3
**relate (2)**
37:16;38:21
**related (7)**
32:8;51:2;57:13;
59:16;60:1;66:23;
71:15
**relates (1)**
30:16
**relating (1)**
50:14
**relationship (8)**
56:17;57:19;59:10;
75:4;76:21,22;77:2,9
**relatively (1)**
42:24
**relatives (1)**
32:3
**relatives' (2)**
33:10;49:12
**relayed (1)**
79:22
**relevant (1)**
57:9
**remainder (1)**
37:17
**remained (1)**
41:14
**remember (4)**
15:10;40:15;65:3;
69:22
**reminder (2)**
22:11;56:5
**remove (1)**
58:13
**repetitious (1)**
37:5
**rephrase (1)**
4:21
**replicate (1)**
50:24
**report (1)**
53:18
**reporter (1)**
4:24;81:2
**repossessed (1)**
58:9
**represent (2)**
4:13;14:16
**representation (2)**
60:22;61:12

**representative (4)**
12:21;63:12;65:15;
68:20
**representatives (3)**
21:5;51:7;62:5
**represented (1)**
5:8
**representing (1)**
5:11
**reprint (2)**
15:3;47:4
**request (1)**
14:10
**requested (4)**
15:5;31:4;37:11;
47:4
**requesting (1)**
36:24
**residence (2)**
9:13,16
**resolved (1)**
57:21
**resorting (1)**
63:8
**respect (3)**
12:16;16:9;59:9
**responding (1)**
55:11
**response (5)**
10:13;29:21;53:8,17;
75:19
**rest (2)**
29:20;37:8
**resulted (1)**
39:8
**return (1)**
12:12
**reviewed (2)**
11:24;16:12
**right (26)**
7:2;9:11,13,18,18;
11:17;15:4,19,22,22;
18:2,4;20:22;30:8;
34:15;37:11,17;45:8;
47:17;48:16;51:23,23;
57:1;59:8;64:24;73:1
**ring (3)**
65:22;80:18,21
**Robison (6)**
9:4,5;11:18;14:15;
29:3,4
**Robison's (1)**
4:14
**role (2)**
13:6,12
**room (3)**
17:20;54:9;76:2
**rougher (1)**
52:9,17
**route (1)**
73:17
**rr (2)**
47:14,22

**rude (3)**
51:7;54:21;68:14
**run (2)**
10:21;11:8

**S**

**Sage (1)**
30:15
**sale (15)**
19:24;22:3,5,11;
24:2;51:12;52:1;58:10,
17;18;59:1,2;63:7,9;
70:6
**sales (2)**
50:18;51:22
**same (16)**
5:1;15:14,15;19:10,
11;20:4;36:24;37:6;
46:15;58:21;66:6,12,
16;67:23;77:4;79:13
**save (1)**
63:22
**saved (1)**
14:13
**saw (1)**
44:3
**saying (8)**
18:15;21:16;34:3;
43:15;54:6,23;72:17;
76:17
**schedule (1)**
43:4
**School (5)**
7:20;8:4,6,6;43:4
**scope (3)**
66:7;68:17;69:16
**search (1)**
29:17
**second (4)**
7:5;30:14;31:10;
47:15
**secondary (1)**
11:6
**secondhand (1)**
76:19
**seconds (1)**
43:10
**seek (1)**
59:8
**seeking (3)**
12:21;21:20,23
**seem (1)**
71:4
**seemed (1)**
50:10
**sell (1)**
73:17
**send (3)**
18:13;35:8;37:2
**sent (7)**
28:19,20,21,23;
30:21;34:22;37:14

TOMMY ROBISON vs.
GREEN TREE SERVICING, LLC

MELISSA ANN WAXLER
April 2, 2014

**September (4)**
46:20;47:23;48:4,20
**service (8)**
8:3,4;25:24;51:6,17;
54:21;62:12;77:19
**serviced (1)**
8:5
**servicer (1)**
42:17
**services (1)**
42:15
**set (1)**
55:2
**setting (2)**
8:7,7
**seven (3)**
6:14;47:19,20
**seventh (1)**
32:20
**several (1)**
73:8
**shape (1)**
58:23
**sheets (1)**
75:1
**sheriff's (4)**
24:1;58:10,17,18
**ship (1)**
62:21
**shock (2)**
63:24;64:8
**short (15)**
19:24;22:3,4,11;
43:19;50:18;51:12,22;
52:1;59:1,2;63:7,9;
70:6;78:20
**shortcut (1)**
38:14
**shorthand (1)**
70:12
**show (5)**
11:17;14:14;27:23;
29:7;50:1
**showed (1)**
49:21
**showing (5)**
16:5,12;28:8;44:13;
45:4
**shows (1)**
49:22
**signature (2)**
81:2,4
**signed (3)**
52:22;64:1,9
**significant (4)**
8:8;40:18,21;56:10
**similar (1)**
66:17
**single (3)**
17:13;54:4;80:2
**sitting (1)**
58:22
**situation (2)**

56:6;76:9
**six (1)**
33:22
**sixth (1)**
32:20
**skip (1)**
41:5
**social (1)**
56:4
**sold (1)**
10:1
**somebody (6)**
24:7;59:15;65:16;
74:3;78:21,21
**someone (4)**
4:15;11:8;24:23;
27:12
**sometimes (4)**
24:13;41:19;61:20;
71:12
**somewhere (1)**
8:23
**son (1)**
9:4
**sorry (6)**
13:1;46:18;48:14;
59:2,7;64:6
**South (1)**
10:3;53:5
**speak (13)**
11:12,15;23:4,8,10,
12,22;41:12;61:21;
65:14,16;66:20;76:6
**speaker (1)**
55:3
**speaking (6)**
54:10;66:5,15;67:21;
71:6;78:13
**special (2)**
7:14;8:11
**specialist (2)**
7:24;8:2
**specific (9)**
16:9;25:14,15;26:18;
39:1,2,5;40:13;50:22
**specifically (15)**
27:8;38:12;41:12,22;
43:24;44:24;45:5,12;
46:7,12,16;54:8,18;
57:17;78:13
**specifics (3)**
41:23;42:23;48:1
**specified (1)**
67:11
**specify (2)**
46:8;71:19
**speculate (1)**
79:19
**speculation (3)**
79:8,13,14
**spend (1)**
9:14
**spending (1)**

9:9
**spent (2)**
17:4;18:17
**spoke (3)**
23:3;24:7;68:19
**spoken (1)**
17:19
**spot (1)**
60:9
**spring (1)**
59:6
**stand (3)**
25:17;43:20;51:4
**standing (1)**
52:7
**start (6)**
11:5;20:9;27:19;
34:13;35:6;38:19
**started (8)**
14:3;16:15;22:10;
23:24;25:9;32:18;
44:19;51:11
**starting (1)**
75:23
**state (3)**
4:6;46:7;63:21
**stated (4)**
64:16;66:18;69:11;
72:13
**statement (5)**
30:5,24;36:1;37:12;
46:15
**stating (3)**
57:15;64:1,9
**stay (1)**
30:3
**stays (1)**
42:13
**stepdaughter (1)**
78:4
**stern (1)**
72:2
**still (10)**
19:3;41:14;43:19;
52:10,15;57:22,24;
58:19;71:14;76:16
**stood (2)**
25:19;56:8
**stop (5)**
32:21;53:14;55:12,
13;69:4,7,8;70:15,24;
71:17;72:14,17;73:6
**stopped (5)**
32:19;60:18;64:24;
65:12,19
**stopping (1)**
70:16
**strain (1)**
76:22
**street (1)**
73:23
**strenuous (1)**
77:12

stress (3)
56:17;59:9;77:18
**stressful (5)**
56:19,24;57:5,12,19
**stressor (1)**
79:1
**students (1)**
8:4
**stuff (2)**
10:12;36:2
**subject (3)**
12:22;21:23;75:5
**submit (4)**
17:15;18:12,19;37:4
**submitted (4)**
11:3,6;18:14,19
**subparagraph (6)**
41:6;42:19;44:21;
47:13,14;48:19
**subparagraphs (6)**
26:19;38:15,20;39:7,
20;46:3
**subpoena (5)**
4:10;10:14;29:9,11,
22
**subsequent (1)**
72:16
**substantive (1)**
12:15
**supporting (1)**
4:16
**supposed (1)**
58:8
**supposedly (1)**
13:13
**Sure (13)**
4:7;10:20,20,23;
11:9;18:9;20:18;21:18;
32:5;35:13;43:15;45:4;
47:16
**surprise (1)**
64:15
**surrender (2)**
64:1,10
**suspected (1)**
38:3
**switched (2)**
15:10;31:24
**sworn (1)**
4:2
**system (1)**
8:6

**T**

**table (1)**
55:3
**talk (11)**
5:1;12:3;17:11,16;
18:1,3;59:15,24;74:6;
75:18,23
**talked (5)**
12:7;21:3,4;76:12;

80:12
**talking (10)**
18:5;21:14;37:23;
51:21,24;53:19;61:8;
69:24;70:4;78:13
**tape (1)**
23:1
**teach (2)**
8:9,11
**technology (1)**
6:22
**telling (1)**
36:17
**ten (2)**
8:17;72:21
**terms (1)**
76:13
**testified (3)**
4:3;63:4;68:18
**Thanks (1)**
80:23
**thinking (1)**
52:20
**third (1)**
29:12
**though (2)**
11:4;51:12
**thought (8)**
14:3;16:13;18:18;
33:13,16,21;35:9;
37:15
**three (10)**
6:15;9:7,8,17;22:8;
25:4;29:8;65:11;71:20;
78:1
**timeline (3)**
25:10;70:4;71:19
**times (19)**
17:5;19:13,14;21:4;
23:6,9;24:16,22;52:11;
53:23;55:1;62:1;65:9,
14;69:12;70:22;71:13;
73:9;75:16
**title (2)**
7:13,23
**T-Mobile (2)**
15:12;42:18
**today (5)**
4:18;5:8;22:18;28:2;
29:16
**together (3)**
15:14;16:2,5
**told (12)**
20:12;38:3;51:13;
60:24;63:5,24;69:7;
73:6;74:7,10,15;80:10
**Tom (1)**
15:24
**Tommy (118)**
4:14;9:4,5;10:16;
12:12,13,19;13:4,11,
13,15;15:7;16:7,17,18,
22,23;17:10,19,23,24;

TOMMY ROBISON vs.
GREEN TREE SERVICING, LLC

MELISSA ANN WAXLER
April 2, 2014

20:3,12,20;21:1,13,17;
22:13;23:6,7,8,10,16,
21;24:11,17,24;26:6,
17;27:9;28:4,19;30:11,
21;31:4;34:20,22;35:8,
21;36:1;37:10;38:7,21;
39:16;40:16;41:7,14;
43:11;44:10;45:18;
47:6;50:15;52:2,5,12,
23;53:5,10,16,24;54:9,
24;55:7,15;56:1;57:5,
18;58:4;59:10;60:1,16,
19;61:23;63:1,19,24;
64:9,16;66:19;68:24;
69:12,17,18;70:18;
72:8,10,11,13,15,16;
73:6,10,13,14;74:15,
18;75:4,21;76:1,10,22;
77:8,9,22;78:5,15;80:3,
14
**Tommy's (37)**
12:1,3,7,15;14:16;
16:1;18:6,21,23;19:2,
23;20:24;21:3,8,24;
22:16;23:4,13;25:17;
31:12,12,13;33:11;
40:20,24;45:15;46:24;
55:5;56:16;60:12;
61:21;63:17;65:13;
71:7;74:7;78:8;80:11
**tone (5)**
53:3;54:20;62:4,7;
68:6
**took (4)**
28:13;39:21;44:12;
79:3
**top (4)**
15:3;30:10;31:17;
35:16
**total (1)**
12:19
**touched (1)**
71:6
**tough (1)**
8:9
**towards (1)**
48:7
**Tree (104)**
4:13,15;11:4;12:10,
16;13:5,13;15:18;
16:13,24;17:22;18:3,6,
22;19:1,12,24;20:11,
13,19,23;21:4,8,20,23,
23;22:16,22;23:3,9,18,
22;24:7,24;25:17;
27:12;30:5,19;32:9,15,
17;33:8,17,21;34:4,12,
16,18;35:12;36:16;
37:18,20;39:9;40:14;
43:14,18;44:14,17,20;
48:23;49:7;50:1,23;
53:4,9,16,24;54:10,23;
55:14,19;56:16;57:12;

60:24;61:5,21;63:5;
64:10,18,21;65:1,7,13,
15;66:11;69:4,13,19;
70:18;71:7,24;72:10,
16;74:9,10,12,21;
75:11;76:9;77:7;78:5,
15;79:16;80:10
**Tree's (6)**
49:8;57:8;59:10;
62:5;63:11;79:5
**tried (5)**
35:11;50:9;59:22;
66:24;75:1
**trigger (1)**
62:21
**triggered (1)**
74:5
**trust (1)**
76:17
**try (13)**
4:21;5:1,2;16:15;
18:8;21:18;37:5;38:13;
41:19;51:19;56:6;61:4,
5
**trying (18)**
11:1;18:8;19:4;22:2;
24:17;27:15;35:6;
54:21;60:18;61:23;
62:5,24;63:12;66:18;
68:24;69:1;73:16,17
**two (13)**
6:8,12;9:8,16;14:11;
16:14;22:7;25:3;35:5;
42:24;51:13;53:12;
65:10
**type (3)**
51:15;55:13;78:22

## U

**U-46 (2)**
7:20,23
**unable (2)**
36:18;58:22
**uncommon (1)**
43:7
**under (4)**
39:13;49:16;57:20;
70:15
**undergrad (1)**
7:7
**undertake (1)**
34:11
**unembarrassing (1)**
40:22
**University (4)**
7:5,6,9,21
**unless (1)**
27:18
**up (13)**
11:4;19:10,10;22:4;
24:15;27:16;41:21;
60:19;64:6,16;65:18;

66:5;80:13
**upon (1)**
12:21
**upsetting (1)**
56:14
**use (1)**
67:16
**used (1)**
45:22

## V

**varied (2)**
62:11,11
**various (5)**
26:18,22;30:4;38:14,
23
**verbal (1)**
17:10
**verification (1)**
76:5
**verify (1)**
27:18
**versus (2)**
10:16;44:10
**voicemail (1)**
39:10
**voicemails (1)**
21:19
**voluntarily (1)**
75:11
**voluntary (1)**
75:14

## W

**wait (3)**
5:1,2;30:9
**waive (2)**
81:3,4
**wants (1)**
76:1
**waste (1)**
77:15
**wasted (2)**
43:13;63:16
**WAXLER (4)**
4:1,7,9,12
**way (3)**
20:17;27:18;34:7;
56:13;58:23
**week (2)**
58:11;73:7
**weren't (4)**
17:17;22:20;34:9;
75:8
**what's (1)**
60:4
**whenever (4)**
17:16;20:19;23:3,5
**whereabouts (1)**
23:13
**whole (5)**

32:1;56:19;62:21;
76:8,11
**whose (3)**
31:16;35:17;46:22
**winter (1)**
43:3
**within (5)**
8:4,5;20:4;33:22;
58:19
**without (1)**
26:7
**WITNESS (4)**
11:9;53:20;60:13;
81:6
**witnessed (1)**
78:15
**work (8)**
17:6;54:6,7;61:5,18,
19;73:4;77:16
**workday (1)**
71:21
**working (1)**
19:15
**worried (1)**
63:9
**worry (1)**
17:18
**write (1)**
35:7
**writing (1)**
31:19
**written (1)**
13:24
**wrong (1)**
12:23

## Y

**year (3)**
58:24;59:1,3
**years (14)**
6:2,3,4,8,14,15;8:17;
9:7,17;25:4,8;56:20;
65:11,11
**yell (3)**
71:23;72:2,7
**younger (1)**
73:23

## 0

**04 (1)**
7:16
**06 (1)**
7:1
**08 (1)**
7:1
**09 (1)**
11:6

## 1

**1 (3)**

11:18;38:21;47:13
**10 (7)**
54:12;65:17;66:3,14;
67:5;68:18;78:14
**10/4/11 (2)**
32:24;33:15
**10:27 (1)**
46:11
**12:02 (1)**
43:22
**12:44 (3)**
41:9,11;42:4
**13 (5)**
30:19;41:9,11;44:4;
59:6
**15 (9)**
19:8;54:3,13;65:17;
66:3,14;67:6;68:18;
78:14
**17 (4)**
36:16;37:18;44:22;
45:22
**19 (3)**
47:23;48:4,20

## 2

**2 (2)**
14:15;50:12
**2/13/1984 (1)**
5:20
**20 (1)**
20:8
**200 (3)**
12:20;13:5,6
**2004 (1)**
8:18
**2005 (1)**
8:22
**2006 (1)**
8:22
**2010 (6)**
11:5;25:9;34:23;
36:16,22;37:18
**2011 (19)**
25:1;26:14;27:4;
30:8;19,24;38:4;61:9,
9;63:20;65:4,6,12;
68:7;18;69:23;71:8;
78:16;79:10
**2012 (13)**
41:9,10,24;42:4,20;
43:22;44:22;45:2;
46:11,19,20;47:23;
59:4
**2014 (1)**
25:9
**21 (2)**
42:21;44:4
**217 (1)**
47:1
**24 (1)**
12:24

**25 (2)**
  47:8,10
**27 (3)**
  12:18;13:1,4
**28 (3)**
  27:4;38:4;46:20
**29 (1)**
  46:19

**3**

**3 (1)**
  14:15
**30 (3)**
  13:10;20:8;24:1
**31 (1)**
  46:11
**35 (7)**
  26:15;38:21;39:3,8,
  20;47:14;49:23

**4**

**4 (4)**
  12:19;14:15;46:17,
  18
**480 (1)**
  32:2

**5**

**5 (8)**
  14:16;15:3;46:18;
  47:3;48:2,21,21;50:12
**5:21 (5)**
  47:23;48:6,20,22;
  49:4
**550 (1)**
  47:1

**6**

**6 (2)**
  30:8,24
**6:16 (1)**
  42:21
**60103 (1)**
  5:18
**61 (2)**
  10:3;53:5
**612 (1)**
  49:14
**612-307-5880 (3)**
  48:10,14;49:7
**615 (1)**
  31:24
**630-213-1886 (1)**
  36:12
**630-299-0199 (1)**
  35:16
**630-550-8100 (2)**
  36:9;48:13
**684 (1)**

  5:17

**7**

**7 (5)**
  29:3,4,8,20;45:2
**7:34 (1)**
  45:2
**7:46 (2)**
  27:4;38:4

**8**

**8 (5)**
  25:1;26:14;41:9,10;
  42:3
**8:03 (1)**
  44:22
**8:36 (2)**
  32:24;33:16
**847 (1)**
  46:24

**9**

**9 (3)**
  34:23;42:20;43:22