IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TOMMY ROBISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 13 CV 6717 |
| v. | ) | |
| | ) | Hon. Charles R. Norgle |
| GREEN TREE SERVICING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Local Rule 41.1 allows the district court to enter an order of dismissal for want of prosecution when cases "have been inactive for more than six months." The last activity in this case was the Court's denial of Defendant's Motion for Summary Judgment, which occurred on June 26, 2015. There has been no further activity in this case during the last fifteen months. Therefore, this case is dismissed for want of prosecution.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: September 19, 2016